**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HENRY W. SEGAR, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 77-0081 (EGS) |
| JOHN ASHCROFT, *et al.* | ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons discussed in the accompanying memorandum opinion, it is hereby

**ORDERED** that plaintiffs' Application for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction, is **DENIED**; and it is further

**ORDERED** that the Stipulated Procedures entered by this Court on March 12, 2002, are vacated; and it is further

**ORDERED** that defendants DEA shall not promote any special agent to the SES who has not applied, been rated and ranked, and placed on a list of qualified applicants provided to the Administrator, without 30 days' prior notice to this Court and without prior approval of this Court; and it is further

**ORDERED** that, barring any appeal, a Status Hearing in this case shall be held on May 2, 2006 at 11:00 a.m. in Courtroom 24A. Recommendations, if any, for further proceedings shall be filed

no later than April 18, 2006; and it is

**FURTHER ORDERED** that defendant's Motion for Judgment on Partial Findings is **DENIED AS MOOT** in light of this Court's Memorandum Opinion and Order; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendants and against plaintiffs.


**Signed:**    **Emmet G. Sullivan**
              **United States District Judge**
              **March 9, 2006**