UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY SEGAR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 77-81 EGS |
| | ) |
| LORETTA E. LYNCH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE

Defendant hereby notifies the Court and Plaintiffs of certain modifications that undersigned counsel has been advised has taken place regarding the promotion process for Special Agents, as reflected in the attached March 28, 2016 Administrator's Message (Exhibit 1), and Career Progression Guide For Special Agents (Exhibit 2),[1] which undersigned counsel received this date.[2]

---

[1] The discussion surrounding promotions to GS-13 positions begins on page 4.

[2] The Administrator's Message advises, in part, that GS-12 Special Agents are eligible for automatic promotion to GS-13 after three years in grade and an "Acceptable" evaluation (or higher) the prior year." Exhibit 1 at 1; see Exhibit 2 at 4. Insofar as Special Agent promotions to GS-13 are the subject of issues currently pending before the Court, Defendant asks that Plaintiffs notify Defendant's counsel and the Court if Plaintiff's believe that issues pending before the Court have become moot by virtue of this action.

Defendant also advises the Court that the stipulation regarding Dr. James Outtz's appointment to the working group (see ECF No. 407) has, sadly, been rendered moot by the death of Dr. Outtz. See Exhibit 3. Defendant, through counsel, has reached out to Plaintiffs' counsel to ascertain whether an agreeable substitute can be identified.

April 6, 2016          Respectfully submitted,

                       CHANNING D. PHILLIPS, DC Bar #415793
                       United States Attorney

                       DANIEL F. VAN HORN, DC Bar #924092
                       Chief, Civil Division

By: _____/s/
      W. MARK NEBEKER, DC Bar #396739
      Assistant United States Attorney