# EXHIBIT 1

# SUZANNE TSACOUMIS
Vice President



## PROFESSIONAL PROFILE

Dr. Tsacoumis has built her professional career conducting and managing projects associated with the research, development, and implementation of personnel assessment and human capital systems, often in litigious environments. Her expertise revolves around job analysis, selection, promotion, leadership assessment, and performance evaluation. Currently, she is spearheading innovative work in the development of online simulations, such as virtual role plays and interactive in-baskets, for use in both promotion and self-assessment processes. She often consults on a range of policy and implementation issues. In addition to her technical work, Dr. Tsacoumis is a corporate officer and HumRRO's vice president of business development. In this role, she is responsible for providing leadership and direction to the business development and marketing team. Dr. Tsacoumis has been an active volunteer for the Society for Industrial and Organizational Psychology (SIOP) and she is a fellow of SIOP and the American Psychological Association (APA).

## EDUCATION

**PhD,** Industrial-Organizational Psychology         1988     University of Georgia
**MA,** Industrial-Organizational Psychology          1984     Fairleigh-Dickinson University
**BA,** Psychology and Sociology                      1982     Bucknell University

## AREAS OF EXPERTISE

- Talent Acquisition and Management
- Assessment Development and Validation
- Expert Consulting
- Job Analysis and Competency Modeling
- Project Management
- Job Simulations

## PROFESSIONAL EXPERIENCE

**Human Resources Research Organization**                                              **1987 - Present**
Vice President

- Leads and oversees the development and growth of new business and develops and maintains effective relationships with key leaders in HumRRO's client base as Vice President of Business Development.

- Responsible for establishing and maintaining HumRRO's business development strategy, systems, and processes, including corporate and line of business objectives, processes to meet them, and organizational and individual measures of success.

- Works with other members of HumRRO's senior management team to set company policy and corporate goals and to develop and implement strategic plans.

*Assessment Development/Implementation*

- Serves as a technical advisor on a project to develop new assessments for selecting entry-level Uniformed Division Officers and new promotion processes to the first-line supervisor and mid-level manager Special Agent positions in the U.S. Secret Service. The

assessments include a rich-media virtual role and media-enriched in-baskets and situational judgment tests, as well as tests for logic-based and non-verbal reasoning, and temperament.

- Serves as a technical advisor on a project to develop a rich-media, interactive simulation for evaluating applicants to the Social Security Administration's (SSA) senior executive service career development program.

- Serves as a technical advisor on a project for the Federal Aviation Administration (FAA) that involves developing a rich-media simulation to be used to select candidates for a succession planning program.

- Has been directing various efforts for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since 1998. Most recent work has focused on developing and implementing two separate processes for evaluating candidates for promotion to the first-line supervisory and mid-level manager special agent positions. HumRRO developed live assessment center for both promotion processes, each comprised for four job simulations (e.g., role plays, in-basket exercises, analysis exercises). The 2012 first-line supervisory process involved implementing an innovative assessment battery containing three interactive rich-media assessments administered and scored via the computer: virtual role play, virtual in-basket, and an animated situational judgment test.

- Serves as a technical advisor on a project for the Department of State that involves developing the Foreign Service Officer Test used in their selection process.

- Served as a technical advisor on a project for the Society of Human Resource Management (SHRM) which involves developing engaging rich-media assessments for human resource professionals to evaluate their HR competency levels. The assessments include a virtual role play, a situational judgment test, and a self-report tool.

- Served as a technical advisor on a project to develop assessments to measure leadership competencies at different organizational levels for the Defense Civilian Personnel Advisory Service, Department of Defense. The assessments include virtual role plays, animated situational judgment tests, and self-reports of leadership motivation. Closely involved in the development of four virtual role plays.

- Directed a series of projects for the SSA for 10 years, which included: (1) Developing and implementing three job simulations and a structured interview using the assessment center methodology to evaluate candidates to the SES CDP;(2) Developing and implementing two job simulations to evaluate candidates to the Advanced Leadership Program (ALP); and (3) Developing and implementing a structured interview to evaluate candidates to the Leadership Development Program (LDP). All three were administered a number of times.

- Directed a project to develop assessments for evaluating candidates for the special agent position for the Federal Bureau of Investigations (FBI). Assessments included: a situational judgment test, a test of logic-based measurement, and a biodata instrument, and alternate versions of each test. Team completed a criterion-related validity study, established test weights and a cut score, and equated the two forms.

- Served as technical advisor on a project to develop the assessments (i.e., basic skills test, work sample interview, and a structured interview) to select field representatives for the Bureau of Census. Work also involved designing the selection system, conducting a criterion-related validity study, and advising on cut scores.

- Led the effort to develop a structured interview process to evaluate candidates to the senior executive service career development program for another ATF project.

- Directed an effort to develop an alternate form of the Air Traffic Selection and Training (AT-SAT) computerized test battery for the Federal Aviation Administration (FAA). Work involved developing alternate forms of seven tests by generating new, yet comparable items or scenarios that measure the same content domain as those in the existing versions. The new tests were pilot tested and an equating study was conducted.
- Directed a project to design and development of a performance appraisal system for all special agents within ATF. Work also involved conducting comprehensive supervisor, train-the-trainer, and roll-call training.
- Directed a project for the FAA to develop a content-valid assessment of the knowledges required to be hired into the electronic and environmental technician positions.
- Directed an on-going project for the Drug Enforcement Administration (DEA) to implement the two promotion processes for the first-level supervisor and mid-level manager special agent positions. Work involved developing and implementing four job simulations (e.g., role plays, in-baskets, and analysis exercises) using the assessment center methodology.
- Worked on a project for the FAA to develop an assessment center process for program managers. Developed three content valid job simulations, including a role play, oral presentation, and written exercise.
- Developed supervisory role play exercises to support a component of the Supervisory Identification and Development Program for the FAA.

*Job Analysis/Competency Modeling*

- Directing two on-going efforts since 2003 for The National Center for O*NET Development: (1) Develop and implement the analysts' process to collect importance and level ratings for abilities and skills for each occupation; and (2) Design and implement a process to identify new and emerging task statements. Additional special projects involved (a) identifying occupations that may be confused with the target occupation, but are quite different, (b) comparing the skill ratings collected from incumbents with those collected from analysts to evaluate the best source of skills data, (c) developing Occupational Ability Profiles (OAPs) for all O*NET occupations, and (d) updating the systems "related occupations" framework.
- Directed a project to identify the competencies for non-supervisory FBI special agents. Work involved conducting a comprehensive job analysis of the five special agent subprograms to determine the critical tasks and KSAs for each subprogram. The resulting data were used to identify and define the competencies. Also identified developmental opportunities, defined the proficiency levels, and created behavioral indicators for each competency.
- Directed a project for the ATF to conduct a job analysis of the Industry Operations Investigators (IOIs) and use the resulting information to develop a comprehensive competency model for the non-supervisory IOI occupation.
- Directed a comprehensive job analysis of all special agent positions in ATF. ATF conducted this project as a result of a court directive so was responsible for maintaining on-going communication with the court's representatives. About 7 years later, updated the job analysis data for the supervisory and managerial positions to ensure the most current data for the development of job simulations and performance evaluation systems.
- Using the ATF job analysis data, directed a project for ATF to develop generic leadership competency models for supervisory, managerial, and executive positions in ATF.

- In a project for the Social Security Administration, Dr. Tsacoumis developed a leadership competency model and a self-assessment tool.
- In a project for the FAA, conducted a comprehensive job analysis and competency study for non-supervisory, supervisory, managerial, and executive personnel.

*Expert Consulting*

- Served as an expert for The Federal Deposit Insurance Corporation (FDIC) to evaluate the validity of an assessment used by a bank. Case was settled so no testimony was required.
- Served as a technical advisor on a project to evaluate the merit promotion process for a federal law enforcement agency.
- Provided consulting services to the Civil Division of the U.S. Department of Justice regarding a case of retaliation. Was engaged to rebut the testimony of the plaintiff's expert witness. Prepared two separate rebuttal reports which were submitted to the court.
- Served as a member of a Working Group to address court mandated changes in the way the FBI selects mid-level managers. Provided consulting and advocacy services to the FBI on matters related to the development and implementation of a valid initial eligibility screening/assessment mechanism for Phase I of the Special Agent Mid-Management Selection System and Assistant Special Agent in Charge selection system.
- Consulted with the Georgia Peace Officer Standards and Training (POST) Council on a job analysis of the basic patrol officer position as well as on test development activities such as item-writing and establishing a cut-score.
- Trained Academy instructors to prepare good written exam questions and proficiency exams on a project for the South Carolina Department of Public Safety
- Evaluated the academic testing program at the Criminal Justice Academy for the South Carolina Department of Public Safety to evaluate their entire academic testing program at the Criminal Justice Academy. Trained the testing staff to implement the recommendations and to conduct continuous evaluations of the academic testing program.
- Consulted with the Attorney General of Ohio to review and revise the state law enforcement certification examinations and processes. Revised test items, established pass scores, and advised with the entire management and administration of the programs. Served on the Task Analysis Working Group for the Ohio Attorney General's Office.

**Department of Psychology, The George Washington University**   **1990 - 1999**
Adjunct Professor, Graduate-level courses

**Administrative Science Department, The George Washington University**   **1997 - 1999**
Associate Professorial Lecturer, three Graduate-level courses

**Psychology Department, George Mason University**   **2000 - 2001**
Adjunct Professor, Graduate-level courses

**Institute of Government, University of Georgia**   **1987 - 1987**
Research Assistant

- Assisted with classification and compensation studies for various cities and counties throughout Georgia. Analyzed a variety of jobs by using the Factor Evaluation System (FES).

Assisted with police assessment center programs by administering feedback to participants and by providing advice with regard to the development and implementation of the various role play and in-basket exercises as well as the assessment center itself.

**American Telephone and Telegraph Company**                                         **1982 - 1984**
Research Consultant

- Developed simulations/exercises for and assisted in the development of the various stages of a telemarketing sales selection process. Conducted extensive data analyses, detailed job analyses, and completed content analyses.

- Participated in predictive, concurrent, and content validation studies, prepared reports, constructed surveys, prepared literature reviews, and conducted data-gathering interviews.

## DISSERTATION COMMITTEES

- Student: Sara Lambert Gutierrez, Examining the Psychometric Properties of a Multimedia Innovative Item Format: Comparison of Innovative and Non-Innovative Versions of a Situational Judgment Test. James Madison University, May 2009.

- Student: Brian Katz. The impact of personality traits and rating scale format on an interview panel's consensus discussion. The George Washington University, 2004.

- Student: John R. Michael, The Flow of Ability through a Job Group. The George Washington University

## PROFESSIONAL AFFILIATIONS AND SERVICE

- Fellow, Society for Industrial/Organizational Psychology (SIOP)
    - Marketing committee co-chair, SIOP Leading Edge Consortium (2013)
    - Mentor, SIOP Practitioner Mentor Program (2013 - 2016)
    - Conference Program Review, ad hoc committee (2012)
    - Certification Task Force (2010-2012)
    - Conference and Programs Officer on the Executive Board (2009 - 2011)
    - Member-at-Large, Executive Committee (2008 - 2009)
    - Pre-Conference Workshop Committee (Chair, 2007 – 2009; Member (2004 - 2006)
    - Task Force, Revision to the 1999 Standards for Educational & Psychological Testing (2007)
    - Conference Program Committee: reviewer
    - Membership Committee
- Fellow, American Psychological Association (APA)
- Personnel Testing Council of Metropolitan Washington
    - President, 2002; Vice President, 1998 – 1999; Treasurer, 1991 - 1992

## SELECTED BIBLIOGRAPHY

***Books and Journal Articles***

Tsacoumis, S. (2015). Rich-media interactive simulations: Lessons learned. In Y. Rosen, S. Ferrara, & M. Mosharraf (Eds.), *Handbook of research on technology tools for real-world skill development*, Hersey, PA: IGI Global.

Tsacoumis, S. & King, M.D. (2014). Litigation-driven human resource management changes. In R. Klimoski, B. Dugan, C. Messikomer, F. Chiocchio (Eds.), *Advancing human resource project management*, San Francisco, CA: John Wiley & Sons, Inc.

Bennett, W., Jr., & Tsacoumis, S. (Section Eds.). (2012). Part 4. Work analysis research and innovation. In M. A. Wilson, W. Bennett, Jr., S. G. Gibson, & G. M. Alliger (Eds.), *The handbook of work analysis,* New York, NY: Routledge Academic.

Tsacoumis, S. (Fall 2010). Hiring Reform. In *Leadership Excellence in Government, 27 (10)*, 9.

Tsacoumis, S. (2007). Assessment centers. In D. L. Whetzel & G. R. Wheaton (Eds.), *Applied measurement: Industrial psychology in human resources management*. Mahway, NJ: Lawrence Erlbaum Associates.

*Technical Reports*

Bradley, K. M., & Tsacoumis, S. (2015). Development and validation of a selection system for Bureau of Census field representatives. (2015 No. 019). Alexandria, VA: Human Resources Research Organization.

Putka, D. J., Tsacoumis, S., & Papadimitriou, V. (2015). *Summary of the 2015 Electronic Promotion Assessment System (EPAS) administration* (2015 No. 057). Alexandria, VA: Human Resources Research Organization.

Reeder, M. C., & Tsacoumis, S. (2015). *O*NET® analyst occupational skills ratings: Analysis cycle 16 results* (2015 No. 049). Alexandria, VA: Human Resources Research Organization.

Reeder, M. C., & Tsacoumis, S. (2015). *O*NET® analyst occupational abilities ratings: Analysis cycle 16 results* (2015 No. 048). Alexandria, VA: Human Resources Research Organization.

Reeder, M. C., & Tsacoumis, S. (2015). *O*NET® analyst occupational ratings: Linkage revisit* (2015 No. 022). Alexandria, VA: Human Resources Research Organization.

Reeder, M. C., & Tsacoumis, S. (2014). *O*NET® analyst occupational abilities ratings: Analysis cycle 15 results final report* (2014 No. 083). Alexandria, VA: Human Resources Research Organization. (multiple reports, one for each cycle)

Reeder, M. C., & Tsacoumis, S. (2014). *O*NET® analyst occupational skills ratings: Analysis cycle 15 results final report* (2014 No. 084). Alexandria, VA: Human Resources Research Organization. (multiple reports, one for each cycle)

Paullin, C., Tsacoumis, S., & Koch, A. (2014). *[Proprietary finance service client]: Content validation and review of existing assessment exercises* (2014 No. 056). Alexandria, VA: Human Resources Research Organization.

Putka, D. J., Tsacoumis, S., & Papadimitriou, V. (2014). *Summary of the 2014 Electronic Promotion Assessment System (EPAS) administration* (2014 No. 028). Alexandria, VA: Human Resources Research Organization.

O'Shea, P. G., Geimer, J. L., Paullin, C., Tsacoumis, S., Waters, S. D., Whetzel, D. L., & Beatty, A. S. (2013). *Support for the development of leadership assessments: high-potentials and*

*current supervisor assessment: Final report* (2013 No. 080). Alexandria, VA: Human Resources Research Organization.

Tsacoumis, S. (Ed.). (2013). *Development, implementation, and validation of the 2012 grade 14 Electronic Promotion Assessment System (EPAS)* (2013 No. 009). Alexandria, VA: Human Resources Research Organization.

Allen, M. T., Waugh, G. W., & Tsacoumis, S. (2012). *The development and evaluation of a new O*NET Related Occupations Matrix (ROM)* (FR-12-29). Alexandria, VA: Human Resources Research Organization.

Moriarty, K. O., & Tsacoumis, S. (2011). *Development and implementation of the 2009 ATF grade 15 assessment center* (FR-11-93). Alexandria, VA: Human Resources Research Organization. (multiple ATF reports – one for each administration)

Tsacoumis, S., Bradley, K. M., & Putka, D. J. (2011). *Development and administration of the ATF grade 14 assessment center for 2008* (FR-11-92). Alexandria, VA: Human Resources Research Organization. (multiple ATF reports – one for each administration)

Tsacoumis, S., Waugh, G. W., Schultz, S. R., Whetzel, D., & Colberg, M. (2011). *FBI special agent selection process* (FR-11-25). Alexandria, VA: Human Resources Research Organization.

Putka, D. J., & Tsacoumis, S. (2009). *Examining skill gaps among ATF industry operations investigators* (FR-09-30). Alexandria, VA: Human Resources Research Organization.

Allen, M., Tsacoumis, S., & McCloy, R. (2008). *Updating occupational ability profiles with O*NET content model descriptors* (FR-08-135). Alexandria, VA: Human Resources Research Organization.

Putka, D., & Tsacoumis, S. (2008). *Development of a competency model for ATF industry operations investigators* (FR-08-01). Alexandria, VA: Human Resources Research Organization.

Tsacoumis, S., & Putka, D. (Eds.). (2008). *Job analysis of FBI special agent positions and development of special agent competency models* (FR-08-13). Alexandria, VA: Human Resources Research Organization.

Geimer, J. L., & Tsacoumis, S. (2007). *Job analysis update of the ATF group supervisor/RAC and ASAC positions* (FR-07-25). Alexandria, VA: Human Resources Research Organization.

Burnfield, J., & Tsacoumis, S. (2006). *Job analysis of the basic patrol officer position Georgia Peace Officer Standards and Training Council (GA P.O.S.T.)* (FR-06-106). Alexandria, VA: Human Resources Research Organization.

McCloy, R. A., Byrum, C. N., Muñoz, C. S., & Tsacoumis, S. (2006). *Generation of occupation-specific personality, skill, and aptitude profiles for the Career Decision-Making System$^{TM}$* (FR-06-07). Alexandria, VA: Human Resources Research Organization.

Tsacoumis, S., Sager, C., & Van Iddekinge, C. (2005) *A comparison of incumbent and analyst ratings of O*NET skills* (FR-05-66). Alexandria, VA: Human Resources Research Organization.

Ramli, M., & Tsacoumis, S. (2004). *Development of a structured interview for applicants to the 2004 Social Security Administration leadership development program* (FR-05-18). Alexandria, VA: Human Resources Research Organization.

Tsacoumis, S., Schantz, L., & Moriarty, K. (2004). *Development of an assessment center for applicants to the 2003 advanced leadership program* (FR-04-10). Alexandria, VA: Human Resources Research Organization.

Schantz, L. B., & Tsacoumis, S. (2003). *United States Marshals Service: Job analysis update for GS-1811-14* (FR-03-24). Alexandria, VA: Human Resources Research Organization.

Tsacoumis, S. (Ed.). (2000). *Job analysis of ATF special agent positions* (FR-00-08). Alexandria, VA: Human Resources Research Organization.

Quartetti, D. A., Collins, M. M., & Tsacoumis, S. (1999). *Structured interview report: United States Marshals Service grade 13 positions--series 1811* (FR-99-39). Alexandria, VA: Human Resources Research Organization.

Dela Rosa, M. R., & Tsacoumis, S. (1997). *Basic electronic screening tool (BEST): Content validity study* (FR-97-54). Alexandria, VA: Human Resources Research Organization.

Schultz, S. R., & Tsacoumis S. (1997). *Job analysis of airway facilities technical workforce FG-0802 and FG-0856 occupations* (FR-97-37). Alexandria, VA: Human Resources Research Organization.

Tsacoumis, S., & Schultz, S. R. (1995). *The development of a generic competency model* (HII FR-95-02). Alexandria, VA: HumRRO International, Inc.

Schmitt, N., Pulakos, E. D., Whitney, D. J., Tsacoumis, S., Keenan, P. A., Anderson, R. T., & Copeland, L. A. (1994). *Development of entry-level tests to select FBI special agents* (FR-94-06). Alexandria, VA: Human Resources Research Organization.

Tsacoumis, S., Pulakos, E. D., Schmitt, N., Whitney, D., Anderson, R. T., & Copeland, L. (1993). *Job analysis of the entry-level FBI special agent job* (FR-93-05). Alexandria, VA: Human Resources Research Organization.

Bayless J. A., Tsacoumis, S., Schultz, S. R., Pulakos, E. D., Knapp, D. J., Stawarski, C. A., & Terner, J. L. (1992). *Development of FAA/AND program manager structured assessment process and structured panel interview* (HII FR-92-11). Alexandria, VA: HumRRO International, Inc.

Pulakos, E. D., Tsacoumis, S., & Reynolds, D. H. (1992). *Development of a selection system and a career development program for DEA special agent supervisors and managers* (HII FR-92-17). Alexandria, VA: HumRRO International, Inc.

**Presentations**

<u>Assessment Development</u>

Tsacoumis, S. (2016, June). *Current state of high stakes rich-media simulations.* Workshop for the Personnel Testing Council Metropolitan Washington. Washington, DC.

Tsacoumis, S. (2016, May). *Rich-media simulations: Talent management applications.* Presented at the Strategic Human Resources Forum. Kansas City, KS.

Tsacoumis, S. & Burke, E. (2016, April). *Rich media simulations: Fad or Value-Add?* Pre-conference workshop at the 31st Annual Society for Industrial and Organizational Psychology Conference. Anaheim, CA.

Tsacoumis, S. (2015, April). Transitioning to a fully automated process: A case study. In J.W. Hedge (Chair). *Exploring pathways and roadblocks to successful workplace technology implementation.* Symposium conducted at the 30th Annual Society for Industrial and Organizational Psychology Conference. Philadelphia, PA.

Tsacoumis, S. (2014, October). *Do role plays need the human touch?* Presented at the 38th International Congress on Assessment Center Methods. Alexandria, VA.

McBeth, R. & Tsacoumis, S. (2014, October). *Going fully automated: A case study.* Presented at the 38th International Congress on Assessment Center Methods. Alexandria, VA.

Tsacoumis, S. (2013, February). *Creating a virtual role play.* Presented at the Association of Test Publishers, Innovations in Testing Conference, Ft. Lauderdale, FL.

Tsacoumis, S. (Discussant), (2013, April). *Innovations in online simulations; Design, assessment, and scoring issues.* Symposium conducted at the annual conference of the Society for Industrial and Organizational Psychology, Houston, TX.

Tsacoumis, S. (Panelist), (2013, April). *New frontiers in simulations for selection: What's new? What's next?* Panel discussion at the annual conference of the Society for Industrial and Organizational Psychology, Houston, TX.

Tsacoumis, S. (2013, February). *Online simulations: Science chasing technology.* Presented to the Metropolitan New York Association of Applied Psychology, New York, NY.

Tsacoumis, S. (2012, July). *Developing, implementing, and scoring valid job simulations* (Repeat presentation at request of IPAC). Pre-conference workshop at the International Personnel Assessment Council (IPAC) Conference, Las Vegas, NV.

Tsacoumis, S. (2012, April). *On-line simulations: The good, the bad, and the unknown.* Presented to the Personnel Testing Council of Metropolitan Washington, Washington, DC.

Geimer, J., & Tsacoumis, S. (2011, July). *Assessment centers in the public sector: Best practices and lessons learned.* Presented at the annual International Personnel Assessment Council (IPAC) Conference, Washington, DC.

Tsacoumis, S. (2011, July). *Developing, implementing, and scoring valid job simulations.* Pre-conference workshop at the International Personnel Assessment Council (IPAC) Conference, Washington, DC.

Tsacoumis, S., Grubb, A., & Leaman, J. (2011, January 19). *Meet hiring reform mandates through effective assessment strategies* [Webinar]. Alliance for Hiring Reform Webinar series.

Paullin, C. J., Putka, D. J., Tsacoumis, S., & Colberg, M. (2010, April). *Using a logic-based measurement approach to measure cognitive ability.* Symposium conducted at the annual conference of the Society for Industrial and Organizational Psychology, Atlanta, GA.

Tsacoumis, S., Paskey, E., & Carter, G. (2010, September). *Developing an effective and efficient assessment strategy* [Webinar]. Alliance for Hiring Reform Webinar series.

Tsacoumis, S. (2008, April). *Developing, implementing, and scoring valid job simulations.* Presentation at the Mid-Atlantic Personnel Assessment Consortium, Spring 2008 Conference, Baltimore, MD.

Tsacoumis, S., Putka, D. J., & King, M. D. (2008, September) *Assessment centers in the federal government.* Presented at the 34th International Congress on Assessment Center Methods, Washington, D.C.

Tsacoumis, S., Putka, D. J., & Colberg, M. (2007, April). A cross-cultural look at items of logic-based reasoning. In R. Gibby & A. E. Boyce (Chairs), *Global cognitive ability testing: Psychometric issues and applicant reactions.* Symposium conducted at the annual conference of the Society for Industrial and Organizational Psychology, New York, NY.

Tsacoumis, S. (2005, October). *Establishing a value of test items: Understanding reliability and validity.* Presented at the Maryland Police and Correctional Training Commissions Fifth Annual Instructors' Conference, Sykesville, MD.

Tsacoumis, S. (2000, June). *Development of a computerized variable item generator.* Presented at the annual IPMAAC Conference on Personnel Assessment, Arlington, VA.

Tsacoumis, S., & Dugan, B. (co-Chairs), (2000, April). *Using technology to streamline public sector hiring.* Practitioner forum at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Tsacoumis, S. (1998, July). *Testing and assessment: Best practices.* Presentation at the annual National Equal Opportunity Conference, Washington, DC.

Tsacoumis, S. (1997). *Ensuring the content validity of assessment centered exercises.* Presentation to the 25th International Congress on Assessment Centre Methods, London, England.

*Job Analysis and Competency Modeling*

Tsacoumis, S. (Panelist), (2011, April). *Conducting KSAO and competency-based job analyses: Advice from the field.* Panel discussion at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, IL.

Tsacoumis, S. (Panelist), (2010, April). *SIOP 2035—The next 25 years: Visions for the future.* Panel discussion at the annual conference of the Society for Industrial and Organizational Psychology, Atlanta, GA.

Tsacoumis, S. (2009, April). *O*NET analyst ratings.* Presented to the National Academies of Science Panel to Review the O*NET, Washington, DC.

Tsacoumis, S. (2007, May). *The feasibility of using O*NET to study skill changes.* Presented at the Workshop on Research Evidence Related to Future Skill Demands organized by the National Academies Center for Education, Washington, D.C.

Tsacoumis, S. (1999, April). Conducting a job analysis of special agent positions. In E. B. Kolmstetter & T. Baker (co-Chairs), *Creative job analysis approaches for non-Traditional Occupations*. Practitioner Forum conducted at the 14th Annual Conference of the Society for Industrial and Organizational Psychology, Inc., Atlanta, GA.

Tsacoumis, S., Schultz, S. R., & Olson, D. (1998, April). *The development of a generic competency model*. Paper presented at the 13th Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

*Other*

Tsacoumis, S. (Chair) (2016, April). *Workforce analytics: Real data, real decisions*. Panel discussion conducted at the 31st Annual Society for Industrial and Organizational Psychology Conference. Anaheim, CA.

Tsacoumis, S. (Panelist) (2016, April). *Shepherding a shift: Building a culture of assessment*. Panel discussion conducted at the 31st Annual Society for Industrial and Organizational Psychology Conference. Anaheim, CA.

Tsacoumis, S. (Discussant) (2015, April). *So you think you can practice I/O psychology?* Ignite and Panel session conducted at the 30th Annual Society for Industrial and Organizational Psychology Conference. Philadelphia, PA.

Tsacoumis, S. (Chair), (2011, April). *HC analytics: What should we do with all these numbers?* Symposium conducted at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, IL.

Tsacoumis, S. (Panelist), (2011, April). *Lessons learned from large-scale hiring systems transformations*. Panel discussion at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, IL.

Tsacoumis, S. (2007, April). Facilitating cooperation through good science and neutrality. In A. D. Grubb (Chair), *Contention versus cooperation: Designing an assessment process under court scrutiny.* Practice Forum conducted at the annual conference of the Society for Industrial and Organizational Psychology, New York, NY.

Tsacoumis, S. (with A. Grubb). (2006, April). (....And then you implement). The art of implementing good science. Presented at the monthly meeting of the Personnel Testing Council of Metropolitan Washington, Washington, DC.

Tsacoumis, S. (Panelist), (2006, May). *Teaching practice and practicing science: I/O psychology beyond the classroom*. Education Forum conducted at the annual conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Tsacoumis, S. (2003, February). *Performance appraisal: The case of a working system.* Presidential address presented at the monthly meeting of the Personnel Testing Council of Metropolitan Washington, Washington, DC.

Tsacoumis, S. (2003, January). *Performance management: What's working now?* Panel member at monthly meeting of the Human Resources Leadership Forum, Washington, DC.

Haugh, C., Tsacoumis, S., & Fogli, L. (2002, April). *Staffing in a changing workforce environment.* Pre-conference workshop for the Society for Industrial and Organizational Psychology, Toronto, Canada.

Tsacoumis, S. (2002, November). *Implementing valid performance assessments.* Presented at the 2002 National Conference on Law Enforcement Testing and Measurement, Columbia, SC.

Tsacoumis, S. (2001, August). *Testing standards and legal issues in employment.* Presented at the Empowering Human Performance HumRRO 50th Anniversary Conference. Alexandria, VA: Human Resources Research Organization.

Tsacoumis, S. (2000, August). *Industrial and organizational assessment in the 21st century.* Presentation at the annual meeting of the American Psychological Association, Washington, DC.