IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HENRY W. SEGAR, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>WILLIAM BARR and<br>UTTAM DHILLON,<br><br>        Defendants. | Civil Action No. 77-0081 (EGS) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiffs Henry W. Segar, et al., hereby provides notice to the Court of the withdrawal of Erin Kuhls (D.C. Bar #1015551) as counsel representing Plaintiffs in this matter. Plaintiffs continue to be represented by the other undersigned counsel.

Respectfully submitted,

/s/ Erin Kuhls
Erin Kuhls, DC Bar # 1015551

Steven F. Cherry, DC Bar # 431473
Daniel S. Volchok, D.C. Bar #497341
Brian C. Smith, DC Bar # 502323
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Attorneys for Plaintiffs*

Date:  June 6, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2019 a copy of the foregoing Notice of Withdrawal of Counsel was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

/s/ Erin Kuhls
Erin Kuhls, D.C. Bar # 1015551
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000