UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HENRY W. SEGAR, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 77-81 (EGS) |
| | ) | |
| WILLIAM P. BARR and | ) | |
| UTTAM DHILLON, | ) | |
| | ) | |
|     Defendants.[1] | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's September 3, 2019, minute order in this case, the parties, having conferred, submit this joint status report regarding both the current status of their compliance with the Court's order (Dkt. No. 423) granting in part plaintiffs' motion for compliance and their recommendation for further proceedings.

1. **Promotions to GS-14 and GS-15**

On September 20, 2019, defendants provided plaintiffs and the Working Group a modified version of the Pulakos Plan (Modified Plan). The parties have met and conferred regarding the Modified Plan's compliance with this Court's prior orders. The Working Group reviewed the Modified Plan and submitted its comments on October 17, 2019. As part of those comments, the Working Group has recommended that DEA engage a third-party to evaluate the validity of the

---

[1] Defendant(s) object(s) to plaintiffs' caption of the case, which lists the DEA Acting Administrator, Uttam Dhillon, as a defendant because, under Title VII, the only proper defendant is the head of the agency, which, in this case, is the Attorney General in his official capacity. Dkt. No. 315, at 1 n.1. Plaintiffs do not agree and addressed these arguments in Dkt. No. 320, at 2 n.1, and Dkt. No. 401, at 2 n.2. While DEA does not waive this argument, DEA agrees solely for purposes of this Joint Status Report to the use of the plural form "Defendants" for ease of reading.

criteria DEA will use to assess the accomplishment record of candidates for vacancies at Grades 14 and 15.

It is plaintiffs' position that the Modified Plan is not in compliance with this Court's prior orders. In order to bring the Modified Plan into compliance, the plaintiffs propose that the Modified Plan be amended to incorporate the Working Group's comments and recommendations, including the recommendation to engage a third-party vendor to evaluate the criteria DEA will use to assess the accomplishment record of candidates for vacancies at Grades 14 and 15. The plaintiffs will provide any additional recommendations for further modifications by November 1, 2019.

Defendants will review plaintiffs' and the Working Group's recommendations and provide plaintiffs and the Working Group with an amended Modified Plan, or otherwise respond to their recommendations, by November 25, 2019. Plaintiffs and the Working Group will review defendants' response, and the parties will meet and confer regarding defendants' response and its compliance with this Court's prior orders no later than December 6, 2019.

2. **Individual Relief**

The parties have met and conferred regarding plaintiffs' proposed damages methodology. Defendants' expert has reviewed plaintiffs' proposed methodology, and defendants will provide plaintiffs with a written response to the methodology no later than November 19, 2019. The parties will meet and confer no later than November 26, 2019, to discuss defendants' response to plaintiffs' damages methodology. Plaintiffs and defendants will inform the Court in their next joint status report whether they believe a discovery period, as contemplated in this Court's June 25, 2019, order (Dkt. No. 423), will be necessary.

As noted in the July 26, 2019, joint status report, plaintiffs have made two data requests to defendants for the purposes of calculating damages, dated July 15, 2019, and July 25, 2019, respectively. On August 26, 2019, defendants provided data responsive to the July 15 request. Defendants have advised plaintiffs that they are capable of responding to substantially all of the July 25 data request and will provide plaintiffs with that data by December 2, 2019. The parties will meet and confer regarding the adequacy of defendants' response to the July 25, 2019, data request as needed.

    **3. Attorneys' Fees**

On July 25, 2019 plaintiffs submitted to defendants a motion for attorneys' fees from June 1996 to the present. Defendants do not intend to retain an expert to review plaintiffs' request for attorneys' fees. Defendants will provide their response to plaintiffs' request for attorneys' fees by November 27, 2019.

    **4. Recommendation for Further Proceedings**

The parties recommend that the Court order plaintiffs and defendants to file another joint status report by December 10, 2019 on the progress of the matters described above.

Respectfully submitted,

/s/Daniel S. Volchok
Steven F. Cherry, D.C. Bar #431473
Daniel S. Volchok, D.C. Bar #497341
Brian C. Smith, D.C. Bar #502323
WILMER CUTLER PICKERING
  HALE & DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: 202.663.6000
Fax: 202.663.6363

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/ Derek S. Hammond
DEREK S. HAMMOND,
D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov