UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY W. SEGAR, et al., ) | |
|               Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 77-81 (EGS) |
| ) | |
| WILLIAM P. BARR and ) | |
| UTTAM DHILLON, ) | |
| ) | |
|               Defendants.[1] ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's October 31, 2019, minute order in this case, the parties, having conferred, submit this joint status report regarding both the current status of their compliance with the Court's order (Dkt. No. 423) granting in part plaintiffs' motion for compliance and their recommendation for further proceedings.

**1. Promotions to GS-14 and GS-15**

On September 20, 2019, defendants provided plaintiffs and the Working Group a modified version of the Pulakos Plan (Modified Plan). The Working Group reviewed the Modified Plan and submitted its comments on October 17, 2019. As part of those comments, the Working Group recommended that DEA engage a third-party to evaluate the validity of the criteria DEA will use to assess the accomplishment record of candidates for vacancies at Grades 14 and 15.

---

[1] Defendant(s) object(s) to plaintiffs' caption of the case, which lists the DEA Acting Administrator, Uttam Dhillon, as a defendant because, under Title VII, the only proper defendant is the head of the agency, which, in this case, is the Attorney General in his official capacity. Dkt. No. 315, at 1 n.1. Plaintiffs do not agree and addressed these arguments in Dkt. No. 320, at 2 n.1, and Dkt. No. 401, at 2 n.2. While DEA does not waive this argument, DEA agrees solely for purposes of this Joint Status Report to the use of the plural form "Defendants" for ease of reading.

Defendants reviewed the Working Group's recommendations and provided plaintiffs and the Working Group with an amended Modified Plan on November 25, 2019. Defendants accepted certain of the Working Group's recommendations and rejected others. Defendants have stated that the accomplishment criteria in their proposed plan need not be validated, because, by December 2003, those criteria were validated.

It remains plaintiffs' position that the amended Modified Plan must incorporate the Working Group's recommendation to engage a third-party vendor to evaluate the criteria DEA will use to assess the accomplishment record of candidates for vacancies at Grades 14 and 15. The Working Group will review defendants' amended Modified Plan and prepare a response by January 6, 2020. The parties will meet and confer thereafter to resolve any remaining issues regarding the November 25, 2019 amended Modified Plan, including whether the accomplishment criteria should be re-validated by a third-party vendor. The parties will inform the Court in the next Joint Status Report what progress they have made. If the parties reach an impasse, they will inform the Court and request that the Court set a briefing schedule on this issue.

**2. <u>Individual Relief</u>**

As noted in the July 26, 2019 joint status report, plaintiffs have made two data requests to defendants for the purposes of calculating damages, dated July 15, 2019, and July 25, 2019, respectively. On August 26, 2019, defendants provided data responsive to the July 15 request. Defendants updated the data responsive to the July 15 request on December 2, 2019, and also responded that day to plaintiffs' July 25 data request. The parties will meet and confer, as needed, regarding the adequacy of defendants' response to the July 25 data request.

Plaintiffs submitted a proposed damages methodology to defendants on July 25, 2019. Defendants provided plaintiffs with a written response on November 19, 2019. The parties met

and conferred on November 26, 2019, to discuss defendants' response. Plaintiffs will provide a reply to defendants' response on or before December 20, 2019. Plaintiffs and defendants do not believe a discovery period, as contemplated in this Court's June 25, 2019 order (Dkt. No. 423), is necessary at this time. The parties will inform the Court in the next Joint Status Report what progress they have made.

### 3. Attorneys' Fees

On July 25, 2019, plaintiffs submitted to defendants a motion for attorneys' fees from June 1996 to the present. Defendants provided their response to plaintiffs' request for attorneys' fees on November 27, 2019, and have expressed a desire to explore the possibility of a global settlement of fees and all other remaining issues in the case. Plaintiffs are of course willing to discuss a global settlement – as has been true for years – but given the defendants' delay, the unreasonable positions they have taken in the past, and the times in which the parties have been close to a resolution only to have the defendants backtrack and insist on starting negotiations over, plaintiffs are not willing to slow down or stop the progress of this case towards a litigated resolution of all remaining issues. Defendants dispute plaintiffs' characterization of defendants' past conduct in this matter.

The parties will meet and confer regarding defendants' November 27, 2019 response. If the parties reach an impasse, plaintiffs have advised defendants that they intend to file their petition for attorney's fees with the Court on or before January 10, 2020, in which case, defendants have advised plaintiffs that they intend to file their response, by February 11, 2020.

### 4. Recommendation for Further Proceedings

The parties recommend that the Court order plaintiffs and defendants to file another joint status report by January 10, 2020, on the progress of the matters described above.

Respectfully submitted,

/s/Brian C. Smith
Steven F. Cherry, D.C. Bar #431473
Daniel S. Volchok, D.C. Bar #497341
Brian C. Smith, D.C. Bar #502323
WILMER CUTLER PICKERING
  HALE & DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: 202.663.6000
Fax: 202.663.6363

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/ Mark Nebeker
W. MARK NEBEKER,
D.C. Bar # 396739
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2536
mark.nebeker@usdoj.gov