UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY W. SEGAR, et al., )<br>            Plaintiffs, )<br>)<br>v. )<br>)<br>WILLIAM P. BARR and )<br>UTTAM DHILLON, )<br>)<br>            Defendants.[1] )<br>) | Civil Action No. 77-81 (EGS) |

### JOINT STATUS REPORT

The parties, having conferred, submit this Joint Status Report regarding both the current status of their compliance with the Court's order (Dkt. No. 423) granting in part plaintiffs' motion for compliance and their recommendation for further proceedings.

**1. Promotions to GS-14 and GS-15**

On September 20, 2019, defendants provided plaintiffs and the Working Group a modified version of the Pulakos Plan (Modified Plan). The Working Group reviewed the Modified Plan and submitted its comments on October 17, 2019. Defendants reviewed the Working Group's comments and provided plaintiffs and the Working Group with an amended Modified Plan on November 25, 2019. The Working Group reviewed that Plan and provided a response on January 6, 2020. The Working Group in relevant part recommends that DEA review its most recent job analysis results and follow a content-oriented development process to modify the accomplishment

---

[1] Defendant(s) object(s) to plaintiffs' caption of the case, which lists the DEA Acting Administrator, Uttam Dhillon, as a defendant because, under Title VII, the only proper defendant is the head of the agency, which, in this case, is the Attorney General in his official capacity. Dkt. No. 315, at 1 n.1. Plaintiffs do not agree and addressed these arguments in Dkt. No. 320, at 2 n.1, and Dkt. No. 401, at 2 n.2. While DEA does not waive this argument, DEA agrees solely for purposes of this Joint Status Report to the use of the plural form "defendants" for ease of reading.

areas, questions, and rating criteria included in the amended Modified Plan. The Working Group has also encouraged DEA to consult with the Working Group and to obtain Working Group approval of the methodology for revising the questions, rating criteria, and validation approach.

The plaintiffs' position remains that the amended Modified Plan must incorporate the Working Group's recommendations. The DEA has not yet had a chance to review and analyze the Working Group's response, which was provided on January 6, 2020. The parties will continue to meet and confer on whether defendants will accept the recommendations reflected in the Working Group's January 6, 2020 response. The parties will update the Court as to DEA's position and the parties' progress on this issue in their next Joint Status Report. It is plaintiffs' position that if the parties have not reached an agreement by February 11, 2020, that the Court should set a briefing schedule on this issue. Defendants' position is that it would be more beneficial to the resolution of this case for the Court to allow the parties time to engage in settlement discussions and report back to the Court on April 9, 2020 on the results of those efforts.

**2. Individual Relief**

Plaintiffs submitted a proposed damages methodology to defendants on July 25, 2019. Defendants provided plaintiffs with a written response on November 19, 2019. The parties met and conferred regarding defendants' response, and plaintiffs provided a written reply on December 20, 2019. Pursuant to the parties' discussions, plaintiffs' reply included a more detailed explanation of the proposed damages methodology. On January 6, 2020, plaintiffs submitted to defendants a request for additional data necessary to perform the calculations contemplated by the December 20, 2019, methodology. Defendants are filing their response to the data request today, January 10, 2020. The parties do not believe a discovery period, as

contemplated in this Court's June 25, 2019, order (Dkt. No. 423), is necessary at this time. The parties will inform the Court in the next Joint Status Report what progress they have made.

3. **Attorneys' Fees**

On July 25, 2019, plaintiffs submitted to defendants a motion for attorneys' fees from June 1996 to the present. Defendants provided their response to plaintiffs' request for attorneys' fees on November 27, 2019. The parties met and conferred. Plaintiffs believe the parties are at an impasse on this issue. Defendants disagree and have suggested to plaintiffs that the parties attempt to resolve the issue of attorneys' fees as a part of a potential global settlement of all issues in the litigation. It is plaintiffs' position that based on defendants' conduct in the past in this litigation (including prior settlement discussions), plaintiffs are unwilling to see progress on individual issues stalled with vague promises of defendants' interest in a "global settlement." It is defendants' position that plaintiffs' characterizations are misplaced, particularly in that defendants have repeatedly informed plaintiffs in recent months that they are committed to engaging in good faith settlement negotiations. Because the parties do not agree on a path forward on this issue, plaintiffs will file their motion for attorney's fees no later than January 17, 2020, and ask this Court to order defendants to file their response by February 18, 2020. After plaintiffs' motion is filed, defendants will promptly file their response in the form of a motion to stay plaintiffs' motion for a period of ninety (90) days to give the parties time to engage in settlement negotiations in an effort to resolve all issues in this case, which they believe to be the more reasonable course. Plaintiffs will oppose such a motion in light of previous similar efforts being fruitless.

### 4. Recommendation for Further Proceedings

Defendants ask that the Court order plaintiffs and defendants to file another joint status report by April 9, 2020, describing the progress of the matters described above, including settlement discussions. It is plaintiffs' position that the Court should instead order the parties to file another joint status report by February 11, 2020.

                                                    Respectfully submitted,

                                                    /s/*Brian C. Smith*
Steven F. Cherry, D.C. Bar #431473
Daniel S. Volchok, D.C. Bar #497341
Brian C. Smith, D.C. Bar #502323
WILMER CUTLER PICKERING
  HALE & DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: 202.663.6000
Fax: 202.663.6363


JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/ *Mark Nebeker*
W. MARK NEBEKER,
D.C. Bar # 396739
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2536
mark.nebeker@usdoj.gov