**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HENRY W. SEGAR, et al., )<br>　　　　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>WILLIAM P. BARR, 　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　 ) | Civil Action No. 77-81 (EGS) |

## **NOTICE**

Defendant hereby notifies this Court and Plaintiffs of certain modifications that DEA has made regarding the promotion process for Special Agents from Grade 12 to Grade 13, as reflected in the attachment to this notice.

Dated: January 15, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JESSIE K. LIU
　　　　　　　　　　　　　　　　　　　　　D.C. BAR # 472845
　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　for the District of Columbia

　　　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN
　　　　　　　　　　　　　　　　　　　　　D.C. BAR # 924092
　　　　　　　　　　　　　　　　　　　　　Civil Chief

　　　　　　　　　　　　　　　　　　　　　By:  /s/  *Derek S. Hammond*
　　　　　　　　　　　　　　　　　　　　　DEREK S. HAMMOND,
　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1017784
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　(202) 252-2511
　　　　　　　　　　　　　　　　　　　　　derek.hammond@usdoj.gov