# EXHIBIT F

## Examples of Time Entries Reflecting Purely Clerical Work

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Fisher, Michael | Associate | 7/16/1996 | 1.00 | $470 | $470 | CONF. WITH GOLDSTEIN; REVISE LETTER; FAX TO BEAVER | Original amount reduced by 10%. |
| Fisher, Michael | Associate | 3/10/1997 | 0.50 | $470 | $235 | DRAFT LETTER; FAX TO BEAVER. | Original amount reduced by 10%. |
| Fisher, Michael | Associate | 3/26/1997 | 0.30 | $470 | $141 | CONF W/ BEAVER; FAX DOCS TO SAME. | Original amount reduced by 10%. |
| Fisher, Michael | Associate | 3/31/1997 | 2.40 | $470 | $1,128 | CONF W/ SISKIN'S OFFICE; FAX INTO TO SAME; DRAFT STATUS REPORT FOR EEOMC; OBTAIN COMMENTS FROM LAKE; FAX TO LEE. | Original amount reduced by 10%. |
| Fisher, Michael | Associate | 4/22/1997 | 1.70 | $470 | $799 | TELECONS W/ SISKINS OFFICE AND TOTTEN; EXAMINE FAX FROM DEA; CONF W/ LAKE RE SAME; EMAIL TO GOLDSTEIN RE SAME; FAX TO SISKIN. | Original amount reduced by 10%. |
| Fisher, Michael | Associate | 4/25/1997 | 0.30 | $470 | $141 | EMAIL W/ LAKE RE DEA DATA; FAX TO SISKIN RE SAME. | Original amount reduced by 10%. |
| Fisher, Michael | Associate | 6/18/1997 | 0.70 | $470 | $329 | TCON W/ BEAVER; FAX TO SAME; EMAIL TO SEGAR TEAM; TRAVEL PLANS TO FL. | Original amount reduced by 10%. |
| Fisher, Michael | Associate | 7/25/1997 | 1.00 | $470 | $470 | DRAFT QUESTIONNAIRE FOR PLAINTIFF CLASS; FAX SAME TO BEAVER. | Original amount reduced by 10%. |
| Grote, Kenneth | Paralegal | 8/11/1997 | 0.30 | $235 | $71 | ROUTE ITS INVOICE TO FISHER AND TO ACCOUNTING. | |
| O'flanagan, Jennie | Associate | 6/2/2000 | 0.72 | $470 | $338 | RESEARCH, TELECONS, FAX RELEVANT DOCUMENTS TO LOCAL COUNSEL RE INDIVIDUAL CLAIM OF AGENT WADIE CRAWFORD. | Original amount reduced by 10%. |
| Kent, Kia | Project Assist. | 1/2/2001 | 3.10 | $235 | $729 | CROSS CHECK DEA AGENTS DATABASE WITH ADDRESSES TO MINIMIZE DUPLICATIONS PER J. O'FLANAGAN. (KIA KENT) | |
| Brice, Michelle | Paralegal | 6/11/2001 | 0.60 | $235 | $141 | RESEARCH NAME AND ADDRESS INFORMATION FOR CLAIMANTS. | |
| O'flanagan, Jennie | Associate | 6/21/2001 | 1.40 | $470 | $658 | FAX, CONFER WITH COMMITTEE, B. LAKE, CHERRY RE GAO INQUIRY AND MEMORANDUM FOR ADMIN.-DESIGNEE HUTCHINSON. | |
| O'flanagan, Jennie | Associate | 10/22/2002 | 2.20 | $470 | $1,034 | CALLS TO FENNER, CHERRY AND SHIRLEY RE 23 OCTOBER MEETING; TELECONS WITH AND DRAFT AND SEND FAX TO CHERRY RE SAME. | Original amount reduced by 10%. |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Troiani, Matthew L. | Project Assist. | 12/19/2002 | 4.50 | $235 | $1,058 | COPY AND REVIEW DOCS PER CURRIE. | Original amount reduced by 10%. |
| Troiani, Matthew L. | Project Assist. | 12/20/2002 | 7.20 | $235 | $1,692 | ORGANIZE AND REVIEW DOCS PER CURRIE. | Original amount reduced by 10%. |
| Troiani, Matthew L. | Project Assist. | 12/26/2002 | 7.20 | $235 | $1,692 | ORGANIZE AND REVIEW DOCS PER CURRIE. | Original amount reduced by 10%. |
| Troiani, Matthew L. | Project Assist. | 12/27/2002 | 2.70 | $235 | $635 | ORGANIZE AND REVIEW DOCS PER CURRIE. | Original amount reduced by 10%. |
| Troiani, Matthew L. | Project Assist. | 1/7/2003 | 2.70 | $235 | $635 | ORGANIZE AND REVIEW DOCUMENTS PER CURRIE. | Original amount reduced by 10%. |
| Troiani, Matthew L. | Project Assist. | 1/8/2003 | 2.70 | $235 | $635 | ORGANIZE AND REVIEW DOCS; DATA ENTRY PER CURRIE. | Original amount reduced by 10%. |
| O'flanagan, Jennie | Associate | 2/3/2004 | 0.72 | $470 | $338 | FAX TO FENNER; REVIEW AND RESPOND TO BUCKLEY EMAIL. | Original amount reduced by 10%. |
| Lindsay, Nadine T | Paralegal | 4/3/2004 | 4.00 | $235 | $940 | ORGANIZE AND COPY DOCUMENTS FOR PRODUCTION AND ATTORNEY REVIEW. | |
| Lindsay, Nadine T | Paralegal | 4/4/2004 | 5.50 | $235 | $1,293 | ORGANIZE AND COPY DOCUMENTS FOR PRODUCTION AND ATTORNEY REVIEW; COORDINATE VENDOR DUPLICATION AND BATES- LABELING OF PRODUCTION FILES. | Original amount reduced by 10%. |
| Dietrich, Andrew | Project Assist. | 4/5/2004 | 2.40 | $235 | $564 | COPY CHECK PRODUCTION DOCUMENTS PER N. LINDSAY. | |
| Montgomery, Andrew | Project Assist. | 4/5/2004 | 6.50 | $235 | $1,528 | ORGANIZE AND COPY CHECK DOCS PER LINDSAY. | |
| Dietrich, Andrew | Project Assist. | 4/5/2004 | 2.40 | $235 | $564 | COPY CHECK PRODUCTION DOCUMENTS PER N. LINDSAY. | |
| Montgomery, Andrew | Project Assist. | 4/5/2004 | 6.50 | $235 | $1,528 | ORGANIZE AND COPY CHECK DOCS PER LINDSAY. | |
| Montgomery, Andrew | Project Assist. | 4/7/2004 | 5.22 | $235 | $1,227 | ORGANIZE AND PREPARE CHRONOLOGY DOCS INTO BINDERS; PRINT O'FLANAGAN E-MAILS FOR ATTORNEY REVIEW; ORGANIZE AND REDWELD CASE FILES FOR RECORDS MANAGEMENT RETRIEVAL. | Original amount reduced by 10%. |
| Dietrich, Andrew | Project Assist. | 4/9/2004 | 3.00 | $235 | $705 | ORGANIZE CHRONOLOGY DOCUMENTS FROM OPPOSING COUNSEL PER N. LINDSAY. | |
| Montgomery, Andrew | Project Assist. | 4/10/2004 | 7.50 | $235 | $1,763 | ORGANIZE DOCS PER LINDSAY. | |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Dietrich, Andrew | Project Assist. | 4/12/2004 | 1.50 | $235 | $353 | COPY-CHECK CHRONOLOGY BINDERS FOR LEGAL TEAM DISTRIBUTION PER N. LINDSAY. | |
| Sheriff, Alexander | Project Assist. | 4/12/2004 | 2.80 | $235 | $658 | COPY-CHECK CHRONOLOGY BINDERS FOR LEGAL TEAM DISTRIBUTION, PER LINDSAY. | |
| Montgomery, Andrew | Project Assist. | 4/12/2004 | 6.50 | $235 | $1,528 | ORGANIZE AND COPY CHECK DOCS PER LINDSAY. | |
| Dietrich, Andrew | Project Assist. | 4/12/2004 | 1.50 | $235 | $353 | COPY-CHECK CHRONOLOGY BINDERS FOR LEGAL TEAM DISTRIBUTION PER N. LINDSAY. | |
| Sheriff, Alexander | Project Assist. | 4/12/2004 | 2.80 | $235 | $658 | COPY-CHECK CHRONOLOGY BINDERS FOR LEGAL TEAM DISTRIBUTION, PER LINDSAY. | |
| Montgomery, Andrew | Project Assist. | 4/12/2004 | 6.50 | $235 | $1,528 | ORGANIZE AND COPY CHECK DOCS PER LINDSAY. | |
| Montgomery, Andrew | Project Assist. | 4/14/2004 | 7.20 | $235 | $1,692 | COPY CHECK DEFENDANT PRODUCTION DOCUMENT BINDERS FOR DISTRIBUTION TO LEGAL TEAM; INDEX DEFENDANT'S SECOND PRODUCTION DOCS; FILE DISCOVERY DOCS PER LINDSAY. | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 4/15/2004 | 4.50 | $235 | $1,058 | PREPARE AND ORGANIZE DISCOVERY BINDERS; COPY AND DISTRIBUTE PLAINTIFFS' SUPPLEMENTAL PRODUCTION DOCS TO LEGAL TEAM; INDEX DEFENDANT PRODUCTION DOCS PER LINDSAY. | Original amount reduced by 10%. |
| Willingham, Donna | Paralegal | 4/18/2004 | 6.00 | $235 | $1,410 | COPY AND ASSEMBLE DEPOSITION BINDERS PER S. GILL. | |
| Dietrich, Andrew | Project Assist. | 4/20/2004 | 1.44 | $235 | $338 | COPY, ORGANIZE DOCUMENTS FOR CHRONOLOGY BINDER PER N. LINDSAY; CONFER WITH S. GILL RE FLAG PLACEMENT ON KEY DOCUMENTS. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 4/20/2004 | 4.00 | $235 | $940 | INCORPORATE DEFENDANTS' 3RD PRODUCTION INTO BINDERS (3.50); COPY AND ORGANIZE DOCUMENTS FOR E. GREGORY (.50). | |
| Lindsay, Nadine T | Paralegal | 4/20/2004 | 4.50 | $235 | $1,058 | COPY, ORGANIZE AND PREPARE PLEADINGS AND CASE FILES FOR MESSENGER DELIVERY TO WALKER RE E. GREGORY (2.0); PREPARE WALKER CORRESPONDENCE LETTER (.30); CONFER WITH D. CHRISTIAN RE DOCUMENT MANAGEMENT OF SES DISCOVERY BINDERS (.20); FILE PLAINTIFFS' AND DEFENDANTS' PRODUCTION DOCUMENTS (1.50); COORDINATE VENDOR DUPLICATION OF DEPOSITION BINDERS FOR LEGAL TEAM DISTRIBUTION (.50). | |
| Dietrich, Andrew | Project Assist. | 4/20/2004 | 1.44 | $235 | $338 | COPY, ORGANIZE DOCUMENTS FOR CHRONOLOGY BINDER PER N. LINDSAY; CONFER WITH S. GILL RE FLAG PLACEMENT ON KEY DOCUMENTS. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 4/20/2004 | 4.00 | $235 | $940 | INCORPORATE DEFENDANTS' 3RD PRODUCTION INTO BINDERS (3.50); COPY AND ORGANIZE DOCUMENTS FOR E. GREGORY (.50). | |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Brown, Sashi Y | Associate | 4/20/2004 | 1.08 | $470 | $508 | REVISE PLAINTIFF CLASS MAILING LABELS; CONFER WITH MARY BUCKLEY AND R. FENNER; REVISE EEOMC ELECTIONS BALLOT. | Original amount reduced by 10%. |
| Dietrich, Andrew | Project Assist. | 4/21/2004 | 2.50 | $235 | $588 | PAGE CHECK DEPOSITION BINDERS FOR LEGAL TEAM DISTRIBUTION PER LINDSAY. | |
| Dietrich, Andrew | Project Assist. | 4/22/2004 | 1.10 | $235 | $259 | UPDATE, ORGANIZE CHRONOLOGY BINDER PER N. LINDSAY. | |
| Sheriff, Alexander | Project Assist. | 4/22/2004 | 7.00 | $235 | $1,645 | DE-DUPLICATE AND ORGANIZE IN CHRONOLOGICAL ORDER DEFENDANTS' PRODUCTION DOCUMENTS FOR DEPOSITION PREPARATION. | |
| Montgomery, Andrew | Project Assist. | 4/22/2004 | 8.10 | $235 | $1,904 | DE-DUPLICATE AND ORGANIZE DEFENDANT'S PRODUCTION DOCS IN CHRONOLOGICAL ORDER FOR DEPOSITION PREPARATION; RETRIEVE REQUESTED PRODUCTION DOCS FOR ATTORNEY REVIEW PER LINDSAY. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 4/23/2004 | 1.50 | $235 | $353 | COPY-CHECK CHRONOLOGICAL BINDERS. | |
| Dietrich, Andrew | Project Assist. | 4/23/2004 | 1.80 | $235 | $423 | COPY CHECK CHRONOLOGY (PART II) BINDERS FOR DEPOSITION PREPARATION AND LEGAL TEAM DISTRIBUTION PER N. LINDSAY. | |
| Sheriff, Alexander | Project Assist. | 4/23/2004 | 1.50 | $235 | $353 | COPY-CHECK CHRONOLOGICAL BINDERS. | |
| Dietrich, Andrew | Project Assist. | 4/23/2004 | 1.80 | $235 | $423 | COPY CHECK CHRONOLOGY (PART II) BINDERS FOR DEPOSITION PREPARATION AND LEGAL TEAM DISTRIBUTION PER N. LINDSAY. | |
| Montgomery, Andrew | Project Assist. | 4/23/2004 | 6.75 | $235 | $1,586 | COPY CHECK CHRONOLOGY (PART II) BINDERS FOR DEPOSITION PREPARATION AND LEGAL TEAM DISTRIBUTION; INDEX PLAINTIFF'S AND DEFENDANT'S PRODUCTION DOCS INTO SUMMATION FOR DOCUMENT RETRIEVAL PER LINDSAY. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 4/23/2004 | 7.47 | $470 | $3,511 | ADDRESS ISSUES THAT AROSE AT THE EEOM COMMITTEE MEETING; COMMUNICATE WITH GILL RE: ISSUES RELATED TO DEPOSITIONS; DRAFT SUMMARY OF COMMITTEE MEETING; ADDRESS CLASS ADMINISTRATIVE ISSUES. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 4/24/2004 | 4.95 | $470 | $2,327 | REVIEW COMMITTEE DOCUMENTS FROM QUARTERLY MEETING; REVIEW DOCUMENTS AS PART OF PREPARING DEPOSITION PREPARATION WITNESS BINDERS; ADDRESS CASE ADMINISTRATIVE ISSUES. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 4/27/2004 | 2.80 | $235 | $658 | LA MEETING RE PROJECTS (.30); COPY-CHECK (2.50). | |
| Dietrich, Andrew | Project Assist. | 4/27/2004 | 5.80 | $235 | $1,363 | PAGE CHECK CHRONOLOGY BINDERS; ORGANIZE CHRONOLOGY DOCUMENTS PER N. LINDSAY. | Original amount reduced by 10%. |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Sheriff, Alexander | Project Assist. | 4/28/2004 | 4.00 | $235 | $940 | MAKE NUMBERED TABS, PER CHRISTIAN (.50); MEET WITH S. GILL AND CHRISTIAN RE FLAGGING DOCUMENTS CONTAINING REFERENCES TO R. SMITH, D. JONES, R. FULMORE AND J. MATHIS (.10); FLAG DOCUMENTS IN PREPARATION FOR DEPOSITION, PER S. GILL (2.70); COPY AND DISTRIBUTE DEPOSITION TRANSCRIPTS FOR ATTORNEY REVIEW (.70). | |
| Gregory, Eacata D. | Associate | 4/28/2004 | 6.12 | $470 | $2,876 | ATTEND TO DEPOSITION SCHEDULING ISSUES; ATTEND TO CASE ADMINISTRATIVE ISSUES; REVIEW DOCUMENTS FROM LATEST PRODUCTION; WORK ON WITNESS BINDERS. | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 4/30/2004 | 6.75 | $235 | $1,586 | COPY, COPY CHECK AND ORGANIZE DOCS; DATA ENTRY PER LINDSAY. | Original amount reduced by 10%. |
| Brown, Sashi Y | Associate | 4/30/2004 | 2.70 | $470 | $1,269 | FINALIZE MAILING; AUDIT BALLOT NUMBERING. | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 5/3/2004 | 0.50 | $235 | $118 | INDEX PLAINTIFFS' DISCOVERY REQUESTS AND RESPONSES PER N. LINDSAY. | |
| Gregory, Eacata D. | Associate | 5/4/2004 | 7.20 | $470 | $3,384 | REVIEW DOCUMENTS FOR DOCUMENT RELEVANT TO UPCOMING DEPOSITIONS; ATTEND TO VARIOUS ADMINISTRATIVE TASKS; COMMUNICATE WITH GILL RE: RESPONSES TO INTERROGATORIES. | Original amount reduced by 10%. |
| Saksonova, Irina | Paralegal | 5/5/2004 | 2.40 | $235 | $564 | COPY CHECK CHRONOLOGY BINDERS | |
| Sheriff, Alexander | Project Assist. | 5/5/2004 | 6.30 | $235 | $1,481 | COPY AND ORGANIZE EMPLOYEE HANDBOOKS FROM DEFENDANTS' PRODUCTIONS 2-6, PER CHRISTIAN (4.10); QUALITY-CHECK DEFENDANTS' PRODUCTION 6 (1.30); FLAG D. MARSHALL DOCUMENTS IN DEFENDANTS' PRODUCTION 6 (.90). | |
| Gregory, Eacata D. | Associate | 5/5/2004 | 10.80 | $470 | $5,076 | REVIEW DOCUMENTS FROM DEFENDANTS' LATEST PRODUCTION; PREPARE WITNESS FILES; ATTEND TO CASE ADMINISTRATIVE MATTERS; COMMUNICATE WITH TEAM MEMBERS RE: VARIOUS ISSUES. | Original amount reduced by 10%. |
| Saksonova, Irina | Paralegal | 5/5/2004 | 2.40 | $235 | $564 | COPY CHECK CHRONOLOGY BINDERS | |
| Gregory, Eacata D. | Associate | 5/6/2004 | 9.90 | $470 | $4,653 | REVIEW DOCUMENTS FROM DEFENDANTS' LATEST PRODUCTION; PREPARE WITNESS FILES; ATTEND TO CASE ADMINISTRATIVE MATTERS; COMMUNICATE WITH TEAM MEMBERS RE: VARIOUS ISSUES. | Original amount reduced by 10%. |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Sheriff, Alexander | Project Assist. | 5/7/2004 | 4.50 | $235 | $1,058 | COPY AND ORGANIZE PRIVILEGED DOCUMENTS (2.0); CONFER WITH LIBRARY REGARDING DOCKET SEARCH, PER A. KELLY (.80); DELIVER DOCUMENTS TO E. GREGORY ON 1801 PENN. AVE. (.70); PREPARE EXHIBITS FOR DEFENDANTS, PER E. KELLY (1.0); | |
| Montgomery, Andrew | Project Assist. | 5/7/2004 | 6.30 | $235 | $1,481 | REVIEW PRODUCTION BINDERS FOR EEOMC DOCUMENTS; COPY, ORGANIZE, AND BATES LABEL SEGAR PRIVILEGED DOCUMENTS PER N. LINDSAY; COPY AND CREATE BINDERS FOR DEFENDANTS' PRODUCTION VII DOCUMENTS PER E. KELLY. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 5/7/2004 | 7.20 | $470 | $3,384 | REVIEW DOCUMENTS FROM DEFENDANTS' LATEST PRODUCTION; PREPARE WITNESS FILES; ATTEND TO CASE ADMINISTRATIVE MATTERS. | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 5/9/2004 | 3.60 | $235 | $846 | COPY AND ORGANIZE DEA PRODUCTION VII DOCUMENTS PER E. KELLY; COPY DEA PRODUCTION VIII DOCUMENTS; CHECK TAB CITATIONS FOR DEPOSITIONS WITH FULMORE AND MATHIS; ASSIST IN PREPARING A CHART TO BE PRESENTED AT TRIAL PER S. GILL. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 5/9/2004 | 0.90 | $470 | $423 | ATTEND TO VARIOUS CASE ADMINISTRATIVE ISSUES; REVIEW DOCUMENTS FROM DEFENDANTS' LATEST PRODUCTION. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 5/10/2004 | 9.00 | $235 | $2,115 | COPY AND DISTRIBUTE W. WALKER DEPOSITIONS (.70); SEARCH CHRONOLOGY BINDERS FOR CORRESPONDENCE DATED OCTOBER, 2003, PER LINDSAY (.60); MAKE CHANGES TO HANDBOOK BINDERS AND PREPARE FOR DUPLICATION, PER K. COHEN (6.70); COPY DOCUMENTS FROM DEFENDANTS' 3RD PRODUCTION, PER K. COHEN (1.0). | |
| Sheriff, Alexander | Project Assist. | 5/10/2004 | 9.00 | $235 | $2,115 | COPY AND DISTRIBUTE W. WALKER DEPOSITIONS (.70); SEARCH CHRONOLOGY BINDERS FOR CORRESPONDENCE DATED OCTOBER, 2003, PER LINDSAY (.60); MAKE CHANGES TO HANDBOOK BINDERS AND PREPARE FOR DUPLICATION, PER K. COHEN (6.70); COPY DOCUMENTS FROM DEFENDANTS' 3RD PRODUCTION, PER K. COHEN (1.0). | |
| Gregory, Eacata D. | Associate | 5/10/2004 | 0.90 | $470 | $423 | ADDRESS VARIOUS ADMINISTRATIVE ISSUES; COMMUNICATE WITH TEAM RE VARIOUS DOCUMENTS PRODUCED; PREPARE FOR DEPOSITION PREPARATION SESSION. | Original amount reduced by 10%. |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Montgomery, Andrew | Project Assist. | 5/13/2004 | 6.30 | $235 | $1,481 | ORGANIZE DEFENDANTS' PRODUCTIONS 8, 9, AND 10 INTO CHRONOLOGICAL ORDER; ORGANIZE CLIENT ORIGINAL DOCUMENTS; COPY AND FILE DEFENDANTS' PRODUCTION FILES PER N. LINDSAY; PREPARE FULMORE AND MATHIS DEPOSITION BINDERS PER S. GILL. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 5/13/2004 | 7.10 | $235 | $1,669 | COPY AND DISTRIBUTE R. SAYLES DEPOSITION (.50); EDIT AND UPDATE MASTER PLEADINGS INDEX (3.20); COPY AND ORGANIZE EXHIBITS FOR MATHIS, FULMORE AND MARSHALL DEPOSITIONS (3.40). | |
| Montgomery, Andrew | Project Assist. | 5/13/2004 | 6.30 | $235 | $1,481 | ORGANIZE DEFENDANTS' PRODUCTIONS 8, 9, AND 10 INTO CHRONOLOGICAL ORDER; ORGANIZE CLIENT ORIGINAL DOCUMENTS; COPY AND FILE DEFENDANTS' PRODUCTION FILES PER N. LINDSAY; PREPARE FULMORE AND MATHIS DEPOSITION BINDERS PER S. GILL. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 5/13/2004 | 7.10 | $235 | $1,669 | COPY AND DISTRIBUTE R. SAYLES DEPOSITION (.50); EDIT AND UPDATE MASTER PLEADINGS INDEX (3.20); COPY AND ORGANIZE EXHIBITS FOR MATHIS, FULMORE AND MARSHALL DEPOSITIONS (3.40). | |
| Montgomery, Andrew | Project Assist. | 5/14/2004 | 11.88 | $235 | $2,792 | UPDATE CORRESPONDENCE BINDER; CHANGE BOX LABELS; RE-FILE DOCS PULLED FOR REVIEW IN CREATING PRIVILEGE LOG PER N. LINDSAY; COPY-CHECK CHRONOLOGY BINDERS FOR PRODUCTIONS 8, 9, AND 10; MARK NEW EXHIBIT NUMBERS IN FULMORE AND MATHIS DEPOSITION BINDERS PER S. GILL; PREPARE EXHIBITS FOR KRAFT DEPOSITION PER K. COHEN. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 5/18/2004 | 6.50 | $235 | $1,528 | PDF DEFENDANTS' PRODUCTION LETTERS AND DISTRIBUTE TO TEAM (.50); REVIEW CHRONOLOGY BINDERS FOR NON-REDACTED DUPLICATES OF DEFENDANTS' PRIVILEGED DOCUMENTS, PER E. GREGORY (6.0). | |
| Sheriff, Alexander | Project Assist. | 5/20/2004 | 1.60 | $235 | $376 | ORGANIZE PROJECT ROOM AND PREPARE AND LABEL FILES (.60); RETRIEVE AND COPY EXHIBITS FOR MOTION, CHRISTIAN (1.0). | |
| Christian, Donna | Paralegal | 5/20/2004 | 6.75 | $235 | $1,586 | UPDATE DEPOSITION FILES AND INDEX; LOAD DISKS OF DEPOSITION TRANSCRIPTS ONTO K DRIVE; FILE MAINTENANCE AND ORGANIZATION. | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 5/24/2004 | 4.00 | $235 | $940 | ORGANIZE AND UPDATE DISCOVERY BINDERS PER N. LINDSAY. | |
| Sheriff, Alexander | Project Assist. | 5/25/2004 | 0.90 | $235 | $212 | PREPARE AND LABEL FOLDERS FOR DEPOSITIONS TRANSCRIPTS. | |
| Gregory, Eacata D. | Associate | 5/26/2004 | 6.48 | $470 | $3,046 | REVIEW DEPOSITION TRANSCRIPTS; REVIEW DOCUMENT BINDERS; ATTEND TO CASE ADMINISTRATIVE ISSUES. | Original amount reduced by 10%. |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Gregory, Eacata D. | Associate | 5/27/2004 | 6.66 | $470 | $3,130 | REVIEW DEPOSITION TRANSCRIPTS; REVIEW DOCUMENT BINDERS; ATTEND TO CASE ADMINISTRATIVE ISSUES. | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 5/28/2004 | 2.70 | $235 | $635 | CREATE PDF FILES OF RECENT DEPOSITIONS; UPDATE AND COPY-CHECK DEPOSITION MINUSCRIPT BINDER PER N. LINDSAY. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 5/28/2004 | 1.00 | $235 | $235 | UPDATE PLEADINGS AND CORRESPONDENCE INDICES. | |
| Montgomery, Andrew | Project Assist. | 5/28/2004 | 2.70 | $235 | $635 | CREATE PDF FILES OF RECENT DEPOSITIONS; UPDATE AND COPY-CHECK DEPOSITION MINUSCRIPT BINDER PER N. LINDSAY. | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 6/2/2004 | 0.50 | $235 | $118 | LABEL BOXES AND REDWELDS OF SES SELECTION MATERIALS PER N. LINDSAY. | |
| Sheriff, Alexander | Project Assist. | 6/3/2004 | 5.20 | $235 | $1,222 | PULL AND COPY REDACTED DOCUMENTS FROM DEFENDANTS' PRIVILEGED LOG (3.40); REVIEW AND UPDATE PLEADINGS INDEX (2.0). | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 6/3/2004 | 7.20 | $235 | $1,692 | SEARCH DEFENDANTS' PRODUCTION FILES FOR REDACTED DOCUMENTS REFLECTED ON PRIVILEGE LOG; CREATE BOX AND REDWELD LABELS FOR RECENT CASE FILES PER N. LINDSAY. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 6/7/2004 | 1.80 | $235 | $423 | LOAD DEPOSITION FILES ONTO CLIENT DRIVE (.80); PREPARE FOLDERS AND BOXES FOR DEPOSITION MATERIALS (1.0). | |
| Montgomery, Andrew | Project Assist. | 6/7/2004 | 4.50 | $235 | $1,058 | UPDATE AND ORGANIZE DISCOVERY BINDER; UPDATE AND ORGANIZE CORRESPONDENCE BINDER PER N. LINDSAY; ORGANIZE AND LABEL RECENT PRODUCTION DOCUMENTS; UPLOAD TRANSCRIPT FILES ONTO CLIENT DRIVE FOR ATTORNEY REVIEW PER N. LINDSAY. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 6/7/2004 | 6.93 | $470 | $3,257 | REVIEW CHMIELESWKI DEPOSITION; SEARCH FOR EXAMPLES OF PRE-TRIAL STATEMENTS; ATTEND TO CASE ADMINISTRATIVE ISSUES; ORGANIZE FILES; REVIEW BINDER OF SIGNIFICANT DRAFTS. | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 6/11/2004 | 1.50 | $235 | $353 | UPDATE DISCOVERY AND CORRESPONDENCE INDEX PER N. LINDSAY. | |
| Gregory, Eacata D. | Associate | 6/11/2004 | 6.93 | $470 | $3,257 | REVIEW DOCUMENTS; REVISE CONTRACT INTERPRETATION CASE LAW; PERFORM CASE ADMINISTRATIVE ACTIVITIES; WORK ON PRE-TRIAL STATEMENT. | Original amount reduced by 10%. |
| Montgomery, Andrew | Project Assist. | 6/14/2004 | 1.08 | $235 | $254 | CREATE BOX INVENTORY INDEX FOR RETRIEVAL OF CASE FILES; UPDATE CORRESPONDENCE BINDER PER N. LINDSAY. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 6/14/2004 | 5.00 | $235 | $1,175 | ORGANIZE PLEADINGS BINDER AND UPDATE PLEADINGS INDEX. | |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Montgomery, Andrew | Project Assist. | 6/15/2004 | 3.15 | $235 | $740 | CREATE PRODUCTION LOG FOR S. GILL; ORGANIZE PLAINTIFFS' PRIVILEGED AND NON-RESPONSIVE FILES PER N. LINDSAY | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 6/15/2004 | 5.10 | $235 | $1,199 | PREPARE DEPOSITION EXHIBITS FOR DUPLICATION (1.50); UPDATE PLEADINGS BINDER (3.60). | |
| Sheriff, Alexander | Project Assist. | 6/21/2004 | 5.50 | $235 | $1,293 | LOCATE, COPY AND ASSEMBLE DOCUMENTS FOR DRAFT BINDERS, PER CHRISTIAN AND K. COHEN. | |
| Montgomery, Andrew | Project Assist. | 6/21/2004 | 4.50 | $235 | $1,058 | CREATE KRAFT BINDER FOR K. COHEN; UPDATE CORRESPONDENCE BINDER; UPDATE DISCOVERY BINDER; COPY-CHECK SETS OF DEFENDANTS' PRODUCTION DOCUMENTS PER N. LINDSAY. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 6/21/2004 | 5.50 | $235 | $1,293 | LOCATE, COPY AND ASSEMBLE DOCUMENTS FOR DRAFT BINDERS, PER CHRISTIAN AND K. COHEN. | |
| Montgomery, Andrew | Project Assist. | 6/22/2004 | 2.50 | $235 | $588 | COPY-CHECK KRAFT EXHIBIT FILES; ORGANIZE KRAFT EXHIBIT FILES; COPY-CHECK KRAFT BINDERS FOR K. COHEN PER N. LINDSAY. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 6/22/2004 | 0.70 | $235 | $165 | INSERT KRAFT DEPOSITION EXHIBITS INTO DRAFT BINDERS. | |
| Montgomery, Andrew | Project Assist. | 6/22/2004 | 2.50 | $235 | $588 | COPY-CHECK KRAFT EXHIBIT FILES; ORGANIZE KRAFT EXHIBIT FILES; COPY-CHECK KRAFT BINDERS FOR K. COHEN PER N. LINDSAY. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 7/1/2004 | 4.50 | $470 | $2,115 | COMMUNICATE WITH TEAM MEMBERS RE VARIOUS CASE ISSUES; ATTEND TO CASE ADMINISTRATIVE ISSUES; REVIEW DOCUMENTS. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 7/6/2004 | 4.68 | $470 | $2,200 | REVIEW DEA'S PRIVILEGED DOCUMENTS FOR RELEVANT DOCUMENTS TO THE TANDY DEPOSITION; COMMUNICATE WITH GELFOND AND KELLY RE: DOCUMENT REVIEW; ATTEND TO VARIOUS CASE ADMINISTRATIVE ISSUES; COMMUNICATE WITH COHEN RE DEPOSITIONS. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 7/8/2004 | 3.15 | $470 | $1,481 | BEGIN PREPARING FOR BARSALOUX DEPOSITION; COMMUNICATE WITH COHEN AND CLIENTS RE DEPOSITION; ATTEND TO VARIOUS CASE ADMINISTRATIVE ISSUES. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 7/12/2004 | 4.86 | $470 | $2,284 | ATTEND TO VARIOUS CASE ADMINISTRATIVE ISSUES; BEGIN INITIAL PREPARATIONS FOR EEOMC QUARTERLY MEETING; REVIEW BARSALOUX DOCUMENTS. | Original amount reduced by 10%. |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Gregory, Eacata D. | Associate | 7/22/2004 | 7.47 | $470 | $3,511 | REVIEW RYAN DEPOSITION OUTLINE; REVIEW BARSALOUX DRAFT DEPOSITION TRANSCRIPT; PREPARE BARSALOUX DEPOSITION EXHIBITS FOR TRANSMITTAL TO WEINSTEIN; REVIEW CORRESPONDENCE; ATTEND TO ADMINISTRATIVE TASKS. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 7/23/2004 | 7.20 | $470 | $3,384 | ADDRESS ADMINISTRATIVE ISSUES; WORK ON DEPOSITION DESIGNATIONS; REVIEW MORRISON DEPOSITION TRANSCRIPT FOR TRANSCRIPTION ERRORS AND EDIT AND REVISE CHART OF TRANSCRIPTION ERRORS FOR TRANSMITTAL TO MORRISON FOR REVIEW; REVIEW OFFICIAL COPY OF BARSALOUX DEPOSITION EXHIBITS. | Original amount reduced by 10%. |
| Lindsay, Nadine T | Paralegal | 7/26/2004 | 3.00 | $235 | $705 | COPY, ORGANIZE AND PREPARE RYAN DEPOSITION EXHIBITS PER E. GREGORY. | |
| Gregory, Eacata D. | Associate | 7/29/2004 | 10.62 | $470 | $4,991 | PREPARE FOR, ATTEND AND ADDRESS FOLLOW-UP ISSUES TO OTIS DEPOSITION; GATHER INFORMATION NEEDED TO RESPOND TO DEA SETTLEMENT PROPOSAL; ATTEND TO VARIOUS ADMINISTRATIVE ISSUES; PREPARE FOR EEOMC QUARTERLY MEETING. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 8/3/2004 | 7.29 | $470 | $3,426 | PREPARE FOR QUARTERLY MEETING; ATTEND TO VARIOUS ADMINISTRATIVE ISSUES; PREPARE DESIGNATIONS; REVIEW NOTES ON RESTRICTED REPORTS. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 8/4/2004 | 10.80 | $470 | $5,076 | PREPARE FOR, ATTEND, AND CONDUCT FOLLOW-UP ACTIVITIES FOR EEOMC QUARTERLY MEETING; COMMUNICATE WITH K. COHEN RE EMAIL REVIEW AT DEA; ATTEND TO CASE ADMINISTRATIVE ISSUES. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 8/11/2004 | 5.67 | $470 | $2,665 | WORK ON PREPARING EXHIBITS; COORDINATE PROJECT TASKS WITH LAS; ADDRESS VARIOUS ADMINISTRATIVE ISSUES. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 8/13/2004 | 11.70 | $470 | $5,499 | REVIEW EMAILS TAKEN FROM DEA; WORK ON PRIVILEGE LOG; COMMUNICATE WITH TEAM MEMBERS RE VARIOUS ISSUES; ADDRESS VARIOUS CASE ADMINISTRATIVE ISSUES; WORK ON PREPARING THE PRE-TRIAL STATEMENT. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 8/14/2004 | 2.70 | $470 | $1,269 | REVIEW EMAILS TAKEN FROM DEA; WORK ON PRIVILEGE LOG; ADDRESS VARIOUS CASE ADMINISTRATIVE ISSUES; WORK ON PREPARING THE PRE-TRIAL STATEMENT. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 8/15/2004 | 7.20 | $470 | $3,384 | REVIEW EMAILS TAKEN FROM DEA; WORK ON PRIVILEGE LOG; COMMUNICATE WITH TEAM MEMBERS RE VARIOUS ISSUES; ADDRESS VARIOUS CASE ADMINISTRATIVE ISSUES; WORK ON PREPARING THE PRE-TRIAL STATEMENT. | Original amount reduced by 10%. |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Gregory, Eacata D. | Associate | 8/24/2004 | 7.20 | $470 | $3,384 | WORK WITH DOCUMENT PROCESSING TO CONVERT THE PPFF&CL TO WORDPERFECT FORMAT; REVIEW AND EDIT DOCUMENT; ADDRESS VARIOUS ADMINISTRATIVE ISSUES; COMMUNICATE WITH VARIOUS TEAM MEMBERS RE STATUS OF THE CASE. | Original amount reduced by 10%. |
| Christian, Donna | Paralegal | 8/24/2004 | 5.40 | $235 | $1,269 | UPDATE PLEADINGS FILE AND INDEX; ORGANIZE ELECTRONIC FILINGS FOLDER BY DATE; REVIEW TRIAL EXHIBITS AND REPLACE SELECTIVE EXHIBITS WITH A PRISTINE COPY AS NEEDED. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 8/25/2004 | 5.49 | $470 | $2,580 | DRAFT CLIENT UPDATE EMAIL; COMMUNICATE WITH VARIOUS TEAM MEMBERS RE CASE STATUS; ADDRESS VARIOUS ADMINISTRATIVE ISSUES; REVIEW TRIAL EXHIBIT CHART FILED BY DEFENDANTS. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 9/16/2004 | 2.00 | $235 | $470 | COPY SEGAR FILE PATHWAYS IN PREPARATION FOR IMANAGE CONVERSION, PER CHRISTIAN. | |
| Montgomery, Andrew | Project Assist. | 9/16/2004 | 2.00 | $235 | $470 | QUALITY CHECK DOCUMENT OF FILE PATHS OF ALL SEGAR DOCUMENTS FOR POTENTIAL RETRIEVAL AFTER IMANAGE INTEGRATION PER R. GELFOND. | |
| Sheriff, Alexander | Project Assist. | 9/17/2004 | 0.60 | $235 | $141 | COPY SEGAR FILE PATHWAYS IN PREPARATION FOR IMANAGE CONVERSION, PER CHRISTIAN. | |
| Montgomery, Andrew | Project Assist. | 9/17/2004 | 3.80 | $235 | $893 | QUALITY-CHECK AND DISTRIBUTE DOCUMENT OF K DRIVE IMAGES FOR REFERENCE DURING IMANAGE ROLLOUT. | |
| Sheriff, Alexander | Project Assist. | 9/22/2004 | 4.86 | $235 | $1,142 | QUALITY CHECK PLAINTIFFS' EXHIBIT BINDERS, PER LINDSAY; ASSIST LAS WITH MISC. REQUESTS. | Original amount reduced by 10%. |
| Sheriff, Alexander | Project Assist. | 10/1/2004 | 0.50 | $235 | $118 | UPDATE MASTER DISCOVERY AND FILINGS BINDERS, PER LINDSAY. | |
| Christian, Donna | Paralegal | 11/3/2004 | 6.75 | $235 | $1,586 | RE-ORGANIZE CASE MATERIALS USED IN PREPARATION FOR TRIAL; PREPARE DEPOSITION EXCERPTS FOR TANDY AND MATHIS; FILE MAINTENANCE. | Original amount reduced by 10%. |
| Christian, Donna | Paralegal | 11/4/2004 | 6.75 | $235 | $1,586 | QUALITY CHECK MULTIPLE SETS OF WITNESS BINDERS; UPDATE TRIAL EXHIBIT CHART; UPDATE PLEADINGS FILE AND INDEX; FILE MAINTENANCE. | Original amount reduced by 10%. |
| Christian, Donna | Paralegal | 11/8/2004 | 6.75 | $235 | $1,586 | PREPARE MULTIPLE SETS OF J. KRAFT WITNESS BINDERS; ORGANIZE AND RE-FILE TRIAL MATERIALS; FILE MAINTENANCE. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 2/8/2005 | 6.30 | $470 | $2,961 | WORK ON PPFF & CL; ATTEND TO VARIOUS ADMINISTRATIVE ISSUES RELATED TO THE CASE. | Original amount reduced by 10%. |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Gregory, Eacata D. | Associate | 2/9/2005 | 7.29 | $470 | $3,426 | ATTEND TO VARIOUS ADMINISTRATIVE ISSUES RELATED TO THE SEGAR CASE; PROOF-READ, EDIT, REVISE AND CONTINUE TO WORK ON PPFF & CL. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 2/10/2005 | 6.30 | $470 | $2,961 | ATTEND TO VARIOUS ADMINISTRATIVE ISSUES RELATED TO THE SEGAR CASE; PROOF-READ, EDIT, REVISE AND CONTINUE TO WORK ON PPFF & CL; REVIEW 1982 ORDER; COMMUNICATE WITH CLIENTS RE RECENTLY ANNOUNCED PROMOTIONS AND REASSIGNMENTS. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 2/11/2005 | 5.40 | $470 | $2,538 | ATTEND TO VARIOUS ADMINISTRATIVE ISSUES RELATED TO THE SEGAR CASE; COMMUNICATE WITH CLIENTS RE RECENTLY ANNOUNCED PROMOTIONS AND REASSIGNMENTS. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 2/16/2005 | 1.89 | $470 | $888 | ATTEND TO VARIOUS ADMINISTRATIVE ISSUES AND COMMUNICATE WITH CLIENTS VIA EMAIL RE STATUS OF THE CASE. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 2/17/2005 | 2.97 | $470 | $1,396 | ATTEND TO VARIOUS ADMINISTRATIVE ISSUES RELATED TO THE SES TRIAL; REVIEW AND FORWARD THOMPSON FILING TO TEAM; DRAFT, EDIT AND REVISE LETTER TO L. WEINSTEIN RE WORKING GROUP OF PROSPECTIVE SAPP CONTRACTOR PROPOSALS. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 3/15/2005 | 2.97 | $470 | $1,396 | GENERAL ADMINISTRATIVE TASKS; REVIEWING CORRESPONDENCE, EDITING AND REVISING LETTERS TO DEA RE REPORTING REQUIREMENTS AND CAREER BOARD ACTIONS. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 3/30/2005 | 3.15 | $470 | $1,481 | ATTEND TO VARIOUS ADMINISTRATIVE ISSUES RELATED TO THE CASE; REVIEW CORRESPONDENCE, ETC.; REVIEW DRAFT OF ARGUMENT OUTLINE AND PROVIDE REVISIONS AND COMMENTS ON DRAFT. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 5/20/2005 | 1.80 | $470 | $846 | ATTEND TO VARIOUS CASE ADMINISTRATIVE TASKS AND CONTINUE TO WORK ON FEE PETITION. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 6/6/2005 | 3.24 | $470 | $1,523 | REVIEW DRAFT OF REMEDIES RESEARCH OUTLINE; ATTEND TO VARIOUS ADMINISTRATIVE TASKS RELATED TO THE CASE; COMMUNICATE WITH BUCKLEY RE CASE STATUS; PREPARATION OF DEMONSTRATIVES, ETC. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 6/17/2005 | 2.52 | $470 | $1,184 | ATTEND TO VARIOUS ADMINISTRATIVE TASKS; BEGIN TO PREPARE FOR JULY CONFERENCE PRESENTATION. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 6/28/2005 | 4.05 | $470 | $1,904 | REVIEW CORRESPONDENCE; ATTEND TO VARIOUS ADMINISTRATIVE TASKS RELATED TO THE CASE. | Original amount reduced by 10%. |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Gregory, Eacata D. | Associate | 7/6/2005 | 6.30 | $470 | $2,961 | ATTEND TO VARIOUS ADMINISTRATIVE TASKS RELATED TO THE CASE; PREPARE FOR CONFERENCE; REVIEW CASE. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 7/7/2005 | 4.50 | $470 | $2,115 | ATTEND TO VARIOUS ADMINISTRATIVE TASKS RELATED TO THE CASE; PREPARE FOR CONFERENCE; REVIEW CASE FILES. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 7/8/2005 | 3.51 | $470 | $1,650 | ATTEND TO VARIOUS ADMINISTRATIVE TASKS RELATED TO THE CASE; PREPARE FOR CONFERENCE; REVIEW CASE FILES. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 7/18/2005 | 5.85 | $470 | $2,750 | CORRESPOND WITH COMMITTEE RE SES ISSUE; ATTEND TO VARIOUS ADMINISTRATIVE ISSUES RELATED TO THE CASE; REVIEW SETTLEMENT DOCUMENTS. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 8/31/2005 | 4.05 | $470 | $1,904 | PERFORM VARIOUS ADMINISTRATIVE TASKS RELATED TO CASE MANAGEMENT; COMMUNICATE WITH CLIENTS AND REVIEW DEA REPORTS | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 10/11/2005 | 4.95 | $470 | $2,327 | ATTEND TO VARIOUS ADMINISTRATIVE TASKS; REVIEW FILES. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 10/13/2005 | 4.95 | $470 | $2,327 | COMMUNICATE WITH CLIENT RE ISSUE OF SUPPLIES PROVIDED TO THE COMMITTEE; ATTEND TO VARIOUS ADMINISTRATIVE TASKS; WORK ON DRAFT OF SETTLEMENT PROPOSAL. | Original amount reduced by 10%. |
| Gregory, Eacata D. | Associate | 10/26/2005 | 3.15 | $470 | $1,481 | CONTINUE TO WORK ON SUMMARY CHART AND ATTEND TO VARIOUS ADMINISTRATIVE TASKS. | Original amount reduced by 10%. |
| Gelfond, Rebecca | Counsel | 10/10/2006 | 6.21 | $470 | $2,919 | REVIEW AND EDIT ATTORNEYS FEES REPORTS AND COSTS REPORTS AND COVER LETTER FOR SAME AND CIRCULATE TO TEAM; CONFER WITH GREGORY RE LECG INVOICES | Original amount reduced by 10%. |
| Smith, Tai | Paralegal | 10/13/2006 | 1.00 | $235 | $235 | REVIEW TEAM E-MAILS AND ATTACHMENTS (.50); REVIEW HARDCOPY INVENTORY OF MATERIALS SENT OFFSITE FOR DEPOSITION LOCATION (.50) | |
| Gregory, Eacata D. | Associate | 11/14/2006 | 0.99 | $470 | $465 | PREPARE FOR AND ATTEND TEAM MEETING; CONDUCT FOLLOW-UP ACTIVITIES; REVIEW AND FORWARD LECG INVOICE. | Original amount reduced by 10%. |
| Smith, Tai | Paralegal | 1/9/2007 | 2.07 | $235 | $486 | REVIEW K: DRIVE AND CASE PAGE FOR TRANSCRIPTS PERTAINING TO I- BRIEF; COPY AND COLLATE TRANSCRIPTS. | Original amount reduced by 10%. |
| Smith, Tai | Paralegal | 1/11/2007 | 2.90 | $235 | $682 | SAVE, PRINT, AND COLLATE PLEADINGS PERTAINING TO THE MOTION TO TERMINATE FOR ATTORNEY TEAM REVIEW. | |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| O'Connor, Jennifer M. | Partner | 5/4/2009 | 0.10 | $800 | $80 | EMAIL RE EXPERT INVOICES | |
| Milnor, Christina Zaroulis | Sr. Associate | 8/2/2010 | 0.30 | $470 | $141 | COORDINATE WITH TEAM RE: INVOICES, AMENDMENT TO BYLAWS ISSUE, CONTACT WITH DR. GOLDSTEIN, ETC. | |
| Milnor, Christina Zaroulis | Sr. Associate | 8/12/2010 | 0.10 | $470 | $47 | COORDINATE WITH TEAM RE: ECF ACCESS | |
| Milnor, Christina Zaroulis | Sr. Associate | 8/12/2010 | 0.10 | $470 | $47 | COMMUNICATE WITH COURT RE: ECF ACCESS | |
| Milnor, Christina Zaroulis | Sr. Associate | 8/12/2010 | 0.20 | $470 | $94 | FILL OUT PAPERWORK TO GET ACCESS TO ECF | |
| Milnor, Christina Zaroulis | Sr. Associate | 8/13/2010 | 0.10 | $470 | $47 | COORDINATE WITH MR. BEENE RE: SCHEDULING | |
| Caswell, Mary Beth | Paralegal | 8/26/2010 | 2.30 | $235 | $541 | REVIEW BOXES LEFT BY DEPARTING ATTORNEY AND ARRANGE FOR RETURN OF NONESSENTIAL FILES TO LEGAL KEY. | |
| Milnor, Christina Zaroulis | Sr. Associate | 9/20/2010 | 0.50 | $470 | $235 | FILE MOTION FOR DISCOVERY AND TO STAY AND PROPOSED ORDER | |
| Smith, Brian C. | Counsel | 10/5/2010 | 0.30 | $700 | $210 | CONFER WITH MS. BAYNHAM REGARDING OUTSTANDING INVOICES | |
| Milnor, Christina Zaroulis | Sr. Associate | 1/11/2011 | 0.30 | $470 | $141 | CONDUCT ECF FILING RE: LEGAL NAME CHANGE | |
| Kent, Kia | Project Assist. | 1/13/2011 | 1.20 | $235 | $282 | RETRIEVE 08.15.03 ORDER FROM PACER COURT SITE AND PREPARE FOR ELECTRONIC DELIVERY TO MS. ZAROULIS-MILNOR (.3); SEARCH IMANAGE DATABASE FOR SPECIFIC ITEMS NOT AVAILABLE WITHIN PACER (.5); COMMUNICATE FINDINGS AND ASSIST WITH PREPARING TO RETRIEVE SPECIFIC ORDERS-HEARINGS DIRECTLY FROM COURT (.4) PER MS. CASWELL. | |
| Volchok, Daniel | Partner | 4/8/2011 | 0.20 | $800 | $160 | E-MAILS WITH MS. MILNOR AND MR. SMITH RE LATEST INVOICE FROM DR. SISKIN (.1); E-MAILS WITH MS. MILNOR AND MR. SMITH RE CALL FROM GREG ANDERSON (.1) | |
| Milnor, Christina Zaroulis | Sr. Associate | 4/8/2011 | 0.30 | $470 | $141 | COORDINATE WITH TEAM RE: BLDS INVOICE AND ENGAGEMENT ISSUE | |
| Volchok, Daniel | Partner | 7/15/2011 | 0.10 | $800 | $80 | E-MAILS WITH TEAM MEMBERS RE PAYMENT OF LATEST SISKIN INVOICE | |
| Milnor, Christina Zaroulis | Sr. Associate | 11/1/2011 | 0.20 | $470 | $94 | CONDUCT FILING OF REPLY | |
| Christian, Donna | Paralegal | 9/28/2012 | 0.70 | $235 | $165 | PREPARE CORRESPONDENCE BINDER FOR HARD-COPY COMMUNICATIONS. | |

| Name (Last, First) | Most Recent Job Title | Work Date | Billed Hours (Accounting for any Reductions) | Current (lowest) Rate | Discounted Total Using Current Rate | Description of Work | Discounts Applied to "Billed Hours" |
|---|---|---|---|---|---|---|---|
| Christian, Donna | Paralegal | 11/15/2012 | 0.80 | $235 | $188 | PREPARE AND LABEL HARD-COPY DEPOSITION TRANSCRIPTS AND EXHIBITS. | |
| Christian, Donna | Paralegal | 11/26/2012 | 1.60 | $235 | $376 | PREPARE INDEX FOR HARD-COPY CASE MATERIALS; PREPARE AND LABEL FILES FOR SAME. | Original amount reduced by 10%. |
| Christian, Donna | Paralegal | 11/27/2012 | 0.63 | $235 | $148 | PREPARE AND LABEL FILES FOR OLIVER ALLEN HARD-COPY DEPOSITION MATERIALS; UPLOAD CORRESPONDENCE TO WH CASE PAGE. | Original amount reduced by 10%. |
| Christian, Donna | Paralegal | 11/28/2012 | 0.72 | $235 | $169 | SAVE CORRESPONDENCE TO WH CASE PAGE RECEIVED FROM MS. C. MILNOR; PREPARE AND LABEL FILES FOR HARD-COPY DEPOSITION MATERIALS. | Original amount reduced by 10%. |
| Christian, Donna | Paralegal | 11/29/2012 | 1.17 | $235 | $275 | SAVE AND UPLOAD DEPOSITION MATERIALS RECEIVED FROM MS. C. MILNOR TO WH CASE PAGE; PREPARE AND LABEL FILES FOR HARD- COPY DEPOSITION MATERIALS. | Original amount reduced by 10%. |
| Christian, Donna | Paralegal | 12/5/2012 | 1.89 | $235 | $444 | SAVE CASE MATERIALS RECEIVED FROM MS. D. GRIFFITH TO WH CASE PAGE; PREPARE AND LABEL FILES FOR HARD-COPY DEPOSITION MATERIALS. | Original amount reduced by 10%. |
| Kuhls, Erin | Associate | 8/13/2014 | 3.51 | $470 | $1,650 | UPDATE TABLE OF CONTENTS TO INCORPORATE EDITS OF MS. GRIFFITH; RE-ORGANIZE ELECTRONIC BINDER OF DOCUMENTS TO BE TAKEN TO MEDIATION; COMPILE AND REVIEW HARD-COPY BINDERS OF DOCUMENTS FOR MEDIATION; CONFER WITH MS. GRIFFITH REGARDING MEDIATION PREPARATION; UPDATE LETTER TO AUSA REGARDING PLAINTIFFS' PROPOSAL FOR CALCULATING INDIVIDUAL RELIEF; REVIEW TEAM MEMBER COMMUNICATIONS ABOUT LOGISTICS FOR ATTENDING MEDIATION | Original amount reduced by 10%. |
| Alton, Catherine | Paralegal | 11/10/2014 | 0.20 | $235 | $47 | FILE ELECTRONIC CASE MATERIALS. | |
| Mendrala, Andrew | Sr. Associate | 5/13/2016 | 1.00 | $700 | $700 | File motion for status conference | |
| Dudley, Margaret B. | Paralegal | 9/23/2016 | 1.80 | $235 | $423 | Continued review of files; copy documents and communications with Mr. Eagles re same | Original amount reduced by 10%. |