# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY W. SEGAR, et al., ) | |
|            Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 77-81 (EGS) |
| ) | |
| WILLIAM P. BARR and ) | |
| TIMOTHY J. SHEA, ) | |
| ) | |
|            Defendants. ) | |

## MOTION FOR STAY

Pursuant to Federal Rule of Civil Procedure 7(b), plaintiffs move to stay briefing on their motion for an award of attorneys' fees and costs (Dkt. 432) pending this Court's disposition of their motion for leave to file an amended fees motion (Dkt. 443). Defendants do not oppose this motion.

On June 25, 2019, this Court ruled that plaintiffs were entitled to attorneys' fees and costs for their work to end defendants' ongoing discrimination against African-American Special Agents in the Drug Enforcement Administration (DEA) and enforce defendants' compliance with the Court's prior orders. Dkt. 424 at 10-11. Plaintiffs filed a motion for fees and costs on January 17, 2020, and defendants filed their opposition (Dkt. 439) on May 7, 2020. Plaintiffs' reply is currently due July 7, 2020. *See* Minute Order (May 26, 2020).

On June 19, 2020, plaintiffs moved for leave to file an amended fees motion. Briefing on that motion is not expected to conclude until after the deadline for plaintiffs' reply in support of their original fees motion. If, however, leave to amend is granted, then plaintiffs would not have to file a reply until after defendants have responded to the amended fees motion. Under these circumstances, considerations of economy and efficiency warrant an exercise of this Court's

broad inherent authority to stay proceedings. *See Stone v. INS*, 514 U.S. 386, 411 (1995); *Landis v. North American Co.*, 299 U.S. 248, 254 (1936).

Plaintiffs further submit that, if a stay is granted, once the Court rules on the motion to amend, briefing should resume pursuant to the following schedule. If the Court grants leave to amend, defendants' opposition to the amended motion should be due 60 days after the order granting leave, and plaintiffs' reply should be due 30 days after defendants file their opposition. Should this Court instead deny leave to amend, plaintiffs' reply in support of their original fees motion should be due 30 days from the order denying leave.

## CONCLUSION

This Court should stay briefing on plaintiffs' fee petition pending disposition of their motion for leave to amend, and direct that briefing proceed as outlined above once the Court rules on the motion for leave to amend.

Date:  June 25, 2020

Respectfully submitted,

/s/Brian C. Smith
Steven F. Cherry, D.C. Bar #431473
Daniel S. Volchok, D.C. Bar #497341
Brian C. Smith, D.C. Bar #502323
WILMER CUTLER PICKERING
  HALE & DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.:  202.663.6000
Fax:  202.663.6363