UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY W. SEGAR, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WILLIAM P. BARR and )<br>TIMOTHY J. SHEA, )<br>)<br>Defendants.[1] )<br>) | Civil Action No. 77-0081 (EGS) |

## JOINT STATUS REPORT

Pursuant to this Court's August 6, 2020 Minute Order, the parties, having conferred, submit this report regarding both the current status of their compliance with the Court's order (Dkt. No. 423) granting in part plaintiffs' motion for compliance and their recommendation for further proceedings.

### 1. Promotions to GS-14 and GS-15

Pursuant to this Court's August 6, 2020 Minute Order, defendants sent to plaintiffs a letter dated August 21, 2020, detailing the status of DEA's engagement of the agreed-upon third-party vendor to perform the validation study. Defendants explained that the Statement of Work was finalized in August 2020, and DEA has been working on the documents needed for the contract. The third-party vendor has indicated that the earliest it can begin work on the project is November

---

[1] Defendant(s) object(s) to plaintiffs' caption of the case, which lists the DEA Acting Administrator, Timothy J. Shea, as a defendant because, under Title VII, the only proper defendant is the head of the agency, which, in this case, is the Attorney General in his official capacity. Dkt. No. 315, at 1 n.1. Plaintiffs do not agree and addressed these arguments in Dkt. No. 320, at 2 n.1, and Dkt. No. 401, at 2 n.2. While DEA does not waive this argument, DEA agrees solely for purposes of this Joint Status Report to the use of the plural form "defendants" for ease of reading.

2020.  In advance of the November start date, DEA provided the contract documents, to include the sole source justifications and the Statement of Work, to DEA's contracting office, which is in the process of preparing a request for a formal quote from the vendor.  That process remains ongoing.  The parties met and conferred on August 24, 2020, during which they discussed the contents of defendants' August 21, 2020 letter.

Defendants and the Working Group have exchanged drafts of a modified plan governing promotions to GS-14 and GS-15 positions.  The parties commit to finalizing a mutually agreeable plan in short order, and in all events no later than October 31, 2020, so that the third-party vendor may promptly begin the validation study.

### 2.    **Individual Relief**

Pursuant to this Court's August 6, 2020 Minute Order, on August 17, 2020, defendants provided plaintiffs with an explanation of why the 33 Special Agents listed in Appendix A to plaintiffs' July 28, 2020 letter were not included in the previous datasets provided to the plaintiff class.  According to defendants, these Special Agents were not previously included in the data provided to plaintiffs because: (1) they were not on a best qualified list for a GS-14 or GS-15 position between 1993 and September 2019, or (2) DEA's data did not indicate that they were black or African-American.  Defendants also noted that, if the race designation of any Special Agent in DEA's data was erroneous, DEA would work with plaintiffs to ensure that any errors are corrected.

Pursuant to this Court's August 6, 2020 Minute Order, the parties met and conferred on August 24, 2020 to discuss the correction of defendants' data.  During this conference, the parties reached agreement as to the means by which erroneous race designations for Special Agents that should be included in the class would be corrected, and the parties are now in the process of

implementing that solution. Defendants represented to plaintiffs that, once that process is complete, defendants anticipate that they will need approximately two weeks to produce a corrected set of all data responsive to plaintiffs' July 15, 2019 and July 25, 2019 data requests.

### 3. Attorneys' Fees

Pursuant to this Court's June 26, 2020 Minute Order, briefing on plaintiffs' motion for attorneys' fees is stayed pending this Court's resolution of plaintiffs' Motion for Leave to File an Amended Motion for Award of Attorneys' Fees and Costs, which is now fully briefed.

### 4. Recommendation for Further Proceedings

The parties recommend that the Court order the parties to file another joint status report by November 20, 2020, on the progress of the matters described above, as well as an update on pending settlement communications.

\*   \*   \*

Dated: September 22, 2020 Respectfully submitted,

*/s/ Brian C. Smith (with consent)*
Steven F. Cherry, D.C. Bar #431473
Daniel S. Volchok, D.C. Bar #497341
Brian C. Smith, D.C. Bar #502323
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: 202.663.6000
Fax: 202.663.6363


MICHAEL R. SHERWIN
Acting United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar # 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov