**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HENRY W. SEGAR, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 77-0081 (EGS) |
| MONTY WILKINSON[1] and | ) |
| D. CHRISTOPHER EVANS, | ) |
| | ) |
| Defendants.[2] | ) |
| | ) |

**JOINT STATUS REPORT**

The parties, having conferred, submit this report regarding both the current status of their compliance with the Court's June 25, 2019 order (Dkt. 423) granting in part plaintiffs' motion for compliance and their recommendation for further proceedings.

1.    **Reconstitution of the Working Group**

This Court's June 25, 2019 order directed the parties to "reconstitute the Working Group." Dkt. 423 at 1.  The parties reported on July 26, 2019 that the Working Group was already fully functioning with three members, Dkt. 426 at 1, consistent with the Court's understanding at the time it issued the order, Dkt. 424 at 9-10.

---

[1]    Pursuant to Federal Rule of Civil Procedure 25(d), Monty Wilkinson is automatically substituted for William P. Barr in this case.

[2]    Defendant(s) object(s) to plaintiffs' caption of the case, which lists the Drug Enforcement Administration ("DEA") Acting Administrator, D. Christopher Evans, as a defendant because, under Title VII, the only proper defendant is the head of the agency, which, in this case, is the Attorney General in his official capacity.  Dkt. No. 315, at 1 n.1.  Plaintiffs do not agree and addressed these arguments in Dkt. No. 320, at 2 n.1, and Dkt. No. 401, at 2 n.2.  While DEA does not waive this argument, DEA agrees solely for purposes of this Joint Status Report to the use of the plural form "defendants" for ease of reading.

However, one member of the working group, Dr. Henry F. Thibodeaux, has begun a detail that will continue until June 1, 2021, and he will therefore be unable to fulfill his responsibilities on the Working Group during his detail.  Dr. Thibodeaux proposed two temporary replacements— Drs. Charles Thompson and Philip T. Walmsley.  Defendants advised plaintiffs about Dr. Thibodeaux's detail and the proposed replacements on February 4, 2021.  On February 8, 2021, the parties agreed upon Dr. Thompson as a temporary replacement.  Defendants informed plaintiffs at that time that they would share with plaintiffs a draft of, and then file, a consent motion recommending that the Court approve Dr. Thompson's appointment to the Working Group in a temporary capacity during Dr. Thibodeaux's absence.  A motion to this effect has already been filed with the Court.

2. **Promotions to GS-14 and GS-15**

Pursuant to this Court's December 22, 2020 Minute Order, on January 15, 2021, defendants provided plaintiffs and the Working Group with the third-party validation vendor's proposed schedule of the validation study of the Drug Enforcement Administration's modified promotion plan.

A. *Plaintiffs' Statement*

Plaintiffs understand that on January 15, 2021, the Working Group met with representatives from the validation vendor to discuss the vendor's proposed methodology and schedule, to which the Working Group provided the vendor with feedback.  Plaintiffs will continue to monitor the vendor's performance of the study, collaboration with the Working Group, and adherence to the proposed schedule provided on January 15, 2021, which contemplates workshops and a pilot program for the new Accomplishment Records by the end of July 2021 and preparation

and submission of "Content Validity" reports to the Working Group for comment by the end of October 2021.

      B.    *Defendants' Statement*

The third-party vendor's work is progressing in accordance with the proposed schedule. Since the time the vendor has started work on the project, it has accomplished a great deal. Aside from developing the Project Plan and detailed timeline, it has reviewed recent job analysis materials and the Modified Plan, and has conferred with DEA to discuss the logistics for the first set of workshops with DEA subject matter experts. It has also conducted extensive research on the technology platform for the initial workshops. In addition, the vendor conferred with the Working Group, who provided valuable insight into the history of the Accomplishment Record, and whose thoughts were incorporated into the Project Plan. The vendor is preparing workshops relating to the knowledge, skills, and abilities from the most recent Special Agent job analysis for use in the selection procedures. The vendor has designed the workshop process, prepared materials for the workshops, and has two sessions scheduled next week to gather subject matter expert input, among other things. In short, the vendor has begun its work and is focusing on upcoming workshops.

      **3.**    **<u>Individual Relief</u>**

As previously reported, in an effort to correct the errors in defendants' prior productions of the data necessary to calculate individual relief, on November 23, 2020, plaintiffs provided defendants with 99 declarations from retired class members stating the race and date of retirement for each declarant. Dkt. 450 at 6-7. On January 7, 2021, plaintiffs provided three additional declarations from DEA agents reflecting updated personnel information and/or retirement-date information. Defendants represented to plaintiffs that certain retirement date information and BQL

data maintained by DEA do not comport with information reflected in some of the declarations. Dkt. 450 at 6-7.

      A.     *Plaintiffs' Statement*

By letter on February 18, 2021, plaintiffs provided defendants with amended declarations and other information to address a subset of the purported inconsistencies defendants identified between the original set of declarations and DEA's data.  Solely for the purpose of expediting the production of data, and without waiving any rights as to any plaintiff class member, plaintiffs informed defendants that plaintiffs are amenable to relying on DEA's existing data with respect to agents not addressed in the amended declarations and other information provided on February 18, 2021.

Plaintiffs believe that their February 18, 2021 correspondence completes the parties' agreed-upon process for resolving all outstanding data issues.  *See* Dkt. 448 at 2-3.  Defendants previously represented to the plaintiffs and this Court "that, once that process is complete, defendants anticipate that they will need approximately two weeks to produce a corrected set of data responsive to plaintiffs' July 15, 2019 and July 25, 2019 data requests."  *Id.* at 3.  Consistent with that representation, plaintiffs have requested that defendants produce the corrected set of data by no later than March 11, 2021, and respectfully request that this Court enter an order requiring defendants to do so.

      B.     *Defendants' Statement*

Defendants can accommodate Plaintiffs' request for the corrected set of data by no later than March 11, 2021, with or without a court order to do so.

4

4.     **Attorneys' Fees**

Pursuant to this Court's June 26, 2020 Minute Order, briefing on plaintiffs' motion for attorneys' fees is stayed pending this Court's resolution of plaintiffs' motion for leave to file an amended fees motion.  Briefing on the latter motion was completed on July 13, 2020.

5.     **Recommendation for Further Proceedings**

The parties recommend that the Court order the parties to file another joint status report by April 20, 2021, on the progress of the matters described above.  Plaintiffs respectfully request that this Court order defendants to produce a complete and correct set of all data responsive to plaintiffs' July 15, 2019 and July 25, 2019 data requests, *see* Dkt. 426 Ex. A, by March 11, 2021.

Dated: February 19, 2021                    Respectfully submitted,

                                            */s/ Brian C. Smith (with consent)*
                                            Steven F. Cherry, D.C. Bar #431473
                                            Daniel S. Volchok, D.C. Bar #497341
                                            Brian C. Smith, D.C. Bar #502323
                                            WILMER CUTLER PICKERING HALE & DORR LLP
                                            1875 Pennsylvania Avenue N.W.
                                            Washington, D.C. 20006
                                            Tel.:  202.663.6000
                                            Fax:  202.663.6363


                                            MICHAEL R. SHERWIN
                                            Acting United States Attorney for the District of
                                            Columbia

                                            BRIAN P. HUDAK
                                            Acting Chief, Civil Division

                        By:    */s/ Derek S. Hammond*
                                            DEREK S. HAMMOND, D.C. Bar # 1017784
                                            ROBERT A. CAPLEN, D.C. Bar # 501480
                                            Assistant United States Attorneys
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2511

derek.hammond@usdoj.gov
robert.caplen@usdoj.gov