UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY W. SEGAR, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 77-0081 (EGS) |
| MERRICK GARLAND and ANNE MILGRAM, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion for the Entry of GS-14/15 Promotion Procedures, it is hereby

ORDERED that this motion is GRANTED; and it is further

ORDERED that the Drug Enforcement Agency shall implement all practices, policies, and procedures set for in Exhibit A, "Procedures for Applying to Special Agent Vacancies at the GS 14/15 Levels."

SO ORDERED.

Dated:

EMMET G. SULLIVAN
United States District Judge