UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HENRY W. SEGAR, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>PAMELA J. BONDI,<br>  Attorney General, *et al.*,<br><br>        Defendants. | Civil Action No. 77-0081 (EGS) |

**PLAINTIFFS' UNOPPOSED MOTION TO SET BRIEFING DEADLINE**

Last Friday, defendants filed a combined (1) opposition to plaintiffs' fees motion and (2) cross-motion to vacate the Court's prior fee award.  (Defendants filed that identical document twice, Dkts.532-533, and styled it a combined opposition and cross-motion.)  Neither the Federal Rules of Civil Procedure nor this Court's Civil Rules contemplate such a combined filing and thus neither set a deadline for plaintiffs' combined reply in support of their fee motion and opposition to defendants' cross-motion.  Plaintiffs therefore move this Court to set the deadline at March 6, 2026, thereby giving plaintiffs the 14 days they would have under the rules for just an opposition to a motion, *see* LCvR 7(b).

      Defendants do not oppose this request.

February 23, 2026                                             Respectfully submitted,

                                                                         /s/ Daniel S. Volchok

| | |
|---|---|
| Andres C. Salinas, D.C. Bar #156118<br>WILMER CUTLER PICKERING<br>  HALE & DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>(212) 230-8800 | Daniel S. Volchok, D.C. Bar #497341<br>Ericka Aiken, D.C. Bar #229551<br>Zachary Enos, D.C. Bar #90002546<br>WILMER CUTLER PICKERING<br>  HALE & DORR LLP<br>2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br>(202) 663-6000 |